# EXHIBIT "A"



Infinity
CDCR# C27692 C3/203/Low
Ironwood State Prison (ISP)
1900S wiley's well Road   AKA: JAMES FRANK STRONG
Blythe, CA 92226
Pro Se Litigant

**ORIGINAL FILED**

AUG – 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing
(PR)

In The United States District Court
For The Northern District of California

CW

C 07   Case # 4022

Petitioner,
vs.
Supreme Court of California, George, Chief
Justice; Frederick K. Ohirich, Clerk; &
Judicial Council of California, Adminis-
trative Office of the Courts, Ronald M.
George, Chief Justice of California, Chair
of the Judicial Council; William C. Vickrey,
Administrative Director of the Courts;
Ronald G. Overholt, Chief Deputy Director;
Mary M. Roberts, General Counsel; Robert G.
Retana, Attorney, & the Un-known clerk.
Respondents;

People of the State of California,
Real Party in Interest.

Petition For
Writ of
Mandamus
pursuant to 9F.
Supp. 422, 423;
74 P. 695, 501;
151 P. 228, 230;
& 199 A. 619,
620.

1. of S.

\*

Petition for Writ of Mandamus to compel the respondents to stop addressing petitioner by the former name of 30 years ago. Exhibits in support.

\*\*

All the proceedings about which this petition is concerned have occurred within the territorial jurisdiction of this court; as the zip code is the same "94102".

\*\*\*

Introduction:

Judge H.M. Lattimore of the U.S. Dist. Ct. for the Northern Dist. of TX. Granted a "Decree Changing Name of Adult," on April 29th, 1977, for petitioner. Judge Lattimore, "The court finds that it has jurisdiction of this matter & that the change of name requested by petitioner would be in the best interest of petitioner. It is Therefore Ordered that the name Frank James Strong be & is Changed to "Infinity." Exhibit X ∞

\*iv

My name is still in my best interest, even more so; as, all that petitioner does revolves around his name: Infinity. Petitioner's Church, Drug program, Comic/color Book, seals, stationery, etc. see Exhibit X ∞ Contents.

v

Petitioner's identity is well established. People like

_____

Struggle for Identity on Mandamus

My name & my signature is well known & respected, a whole front page news paper pictures Announcing my name change, Ft. Worth Star-Telegram. The Texas Book of Records list me as having the most Unque Name & signature. The California Department of Corrections & Rehabilitation, (CDCR) has complete respect for my name. Board of Prison Terms, will ask me about my name change & still give my identity full respect; commending me on my Drug Program, Art Gallery, etc. see Exhibit X ∞ 1.

### vi

Petitioner contend that the Supreme Court of California gives its clerks too much discretion, which is abused by the old-boy network of clerks, i.e., Frederick K. Ohirich, Deputy Clerk of the Supreme ct. of CA. George, Chief Justice; on March 14, 2007 Frederick K. Ohirich, Clerk abused his discretion as a **Deputy** Clerk when he changed the case name of petitioner's Habeas Corpus #5146139 from In re Infinity / to In re Infinity aka FRANK STRONG on Habeas Corpus. petitioner is not "also known as Frank Strong; this is a stigma recently authored by the clerks' old-boy network. see Exhibit X ∞ 1.

### vii

In re Infinity has no case name problems in the ct. of Appeal 2nd Dist. Div. 1. case # B192669. There was a problem that was corrected in the L.A. Super. ct. case # BH003905. see

---

Struggle for Identity on Mandamus



Exhibit X ∞¹· Exhibit "F" page 33; Here is what seem to be
an Apology from Sam Bubrick, super. ct. commissioner for
John Clarke, clerk addressing me by my birth name.

### viii

petitioner contend that no state court has the juris-
diction to reverse an order by a Federal U.S. Dist. court.
Accordingly; no matter how much discretion state court clerks
are given; they don't have the authority to change or dis-respect
my name, e.g., under the seal of the "Judicial Council of Cal-
ifornia," & the authority of the "Administrative Office of
the Courts," an un-known clerk addressed petitioner as
"Infinity (Frank Strong) & wrongfully construed my
claim as a letter & told me to go somewhere else, see
Exhibit X ∞²· Declaration of ∞

### ix

(C) This is clearly Old-Boyism among the court clerks;
as my claim was against Frank Temmerman, clerk of the
super. ct. of Sacramento & the court, because Frank
Temmerman addressed me a Frank J. Strong (aka "Infinity")
following the lead of Deena C. Fawcett, clerk, under the

---

Struggle for Identity on Mandamus
4 of 5.

Authority of the Court of Appeal, 3rd Dist. whom addressed me as Frank J. strong, following the lead of S. Rossi, clerk whom addressed me as Frank James strong AKA "Infinity" following G. Ahmed, clerk under the seal of the Super. ct. of Cal. see Exhibit ∞3.

X

## Petition:

Petitioner respectfully petition the court to determine that resolution of the matter involves the application of settled principles of law, & the issuance of a Mandamus in the 1st instance is therefore appropiate. 1st Amend. of U.S. Const.

## Prayer:

Petitioner's prayer is for the court to compel respondents to address petitioner only by Infinity.

## Verification:

I ∞ declare under penalty of perjury, under the laws of the U.S.A that the foregoing is true & correct.

7/30/2007

∞ Infinity



Struggle for Identity, on Mandamus

5 of 5

# EXHIBIT X∞

Exhibit X to the power of ∞

∞

*Infinity*
CDCR# C27692  C3/203/Low
Ironwood State Prison (ISP)
19005 wiley's well Road
Blythe, CA 92226
Pro Se

## Judicial Council of California
### Administrative Office Of The Courts
### Office Of The General Counsel

455 Golden Gate Ave., San Francisco, California 94102-3688

Ronald M. George, Chief Justice of California
                    Chair of the Judicial Council
William C. Vickrey, Administrative Director of the Courts
Ronald G. Overholt, Chief Deputy Director
Mary M. Roberts, General Counsel

**Claim:**

#1. Claimant is a pro se prisoner in the wilderness of the Mojave Desert. My Legal Name is **Infinity**. My Legal signature is: ∞  Born in Cotton Valley, Louisiana, on 7/4/47. Claimant is only known as **Infinity** since April 29, 1977. see Exhibit X∞ "Decree changing name of Adult."

#2. Date of Incident: March 14 2007.

#3. Claim is filed against The Supreme Court of California, ω Frederick K. Ohirich, Clerk of the Supreme Court.

#4. Dollar amount of Claim: <u>700</u> Dollars; Limited civil case, For:

#5. Intentional Infliction of Emotional Distress...

#6. Location of incident is 350 McAllister St., San Francisco, CA 94102-4797.

1 of 3

#7. Unnecessary addition to my unique one word name is intentional arrogant disrespect of my Identity; violating my 1st Amendment Rights & my civil Rights. My unique one word name & my signature is the central Apex of my activities. see Exhibit "H" which begin with my church, who's constitution is violated by any addition to my name, even mr...

Frederick changed my case name without legal cause; from Infinity to Infinity aka Frank Strong. My name is well established as Infinity, for over 30 years. see Exhibit X∞ which gives a Table of Contents from Exhibits "A"—"H." Under Ex. X∞ is my 1977 change of name Decree & Front page news paper pictures declaring my new name, which is clear proof that my Former name is not hid. My Habeas Corpus clearly show only my one word name on the title sheet. But, Frederick changed it unnecessrily. see Ex. "A." Frederick received the Hab. from the ct. of Appeal 2nd Dist. Div. 5: "In re Infinity on Habeas Corpus." which came from the superior ct. of L.A.: "In re Infinity Petitioner On Habeas Corpus." Having full knowledge of my Former name." see Ex. "B," page 18 & Ex. "F," page 33. please take Notice of U.S. ct. of Appeals 9th circuit; Re: Complaint of Judicial Misconduct #06-89112 Complete respect for my one word name. see Ex. "E," pages 31.(A), 31.(B) maybe Frederick thinks that the CDCR & the BPT is too stupid to know of my Former name? CDCR & BPT gives my Identity complete respect. see Ex. "C" pages 19.—26. Ultimate respect by the Supreme ct. of the U.S.

2 of 3

1. sam Bubrick, superior ct. Commissioner Apologies for Clerks Disrespect.

\# **00-10563** is given to my Identity. see Ex. "G," page 35. Some of my Endeavors showing the Dynamics of my name & signature are under Ex. "H" page 36 —

If the Supreme court of the United States respect my one word name & signature, why don't Frederick K. Ohirich, clerk of the Supreme court of California? Claimant contend the Supreme ct. of Cal. gives too much unsupervised authority & discretion to Clerks; whereby making the Supreme ct. of Cal. Responsible & liable. My prayer is for the clerk to re-visit #S146139 Supreme ct. of Cal. En Banc, & correct the case name, to: "In re Infinity on Habeas Corpus."

June 12, 2006

I declare under penalty of perjury under the laws of the state of California that the foregoing is True & Correct.

June 12, 2006

∞

*Infinity*



3 of 3

# ExHIBIT X ∞

## Contents:

Decree changing name of Adult                                                2.

Front page news paper pictures Announcing name Change    3 — 6.

Certificate sign by warden of Ironwood State prison              7.

Exhibits "A" — "H" (Inmate Trust Account Statement) 8(A)(B) 8 — 36.

Ex. "A" In re Infinity aka Frank Strong on Habeas Corpus        9.

        Infinity, Petition For Writ of Habeas Corpus 10 — 15.

Ex. "B" In re Infinity on Habeas Corpus Ct. of Appeal            17.

        In re Infinity, petitioner On Habeas Corpus Super. Ct. 18.

Ex. "C" Board of Prison Terms Notice/Time/Place of Hearing 20 — 26.

Ex. "D" Infinity v. Super. Ct. of Sac., Ct. of Appeal            28.

Ex. "E" Infinity Re: Complaint of Judicial Misconduct
        U.S. Ct. of Appeals for the ninth Circuit    31(A), 31(B)

Ex. "F" what seam to be an Apology from Sam Bubrick,
        Superior Court Commissioner for John Clarke, Clark
        addressing me by my Former name (mandate) 33(A)    33.

Ex. "G" Infinity v. Bill Jones, et al Supreme Ct. of the U.S.    35.

Ex. "H" My Church, Comic & Curriculum to show the central
        Apex & Dynamics of the importance of my name    36.

1.

Exhibit X to the power of ∞

NO. 32797-2

| | | |
|---|---|---|
| IN RE: | X | IN THE |
| FRANK JAMES STRONG, | X | COURT NUMBER 2 IN AND FOR |
| PETITIONER | X | TARRANT COUNTY, TEXAS |

**DECREE CHANGING NAME OF ADULT**

On the 25 day of _____ April _____, 1977, a hearing was held in this

cause.

The Court finds that it has jurisdiction of this matter and that the

change of name requested by Petitioner would be in the best interest of

Petitioner.

IT IS THEREFORE ORDERED that the name of Frank James Strong be and

is changed to "INFINITY".

_____
Judge

A CERTIFIED COPY,
ATTEST: 10-12 1982
J. W. BOORMAN
District Clerk, Tarrant
County, Texas
By _____
Deputy

BOOK 107 PAGE 11

plans is needed to meet military needs.

However, U. S. officials — namely in the State Department — are not so sure.

The Carter Administration is reviewing both major arms sales requests left from the Ford presidency and the overall global impact of U.S. arms sale transfer.

While there is no particular method in which a sale originates, almost all must be channeled through the State Department. At the point of sale, it is a government

What alarms some in the defense industry is President Carter's campaign pledges and early actions. Stumping the country, then-candidate Carter said the United States cannot be "both the world's leading champion of peace and the world's leading supplier of weapons of war."

He followed his campaign statements by quickly appointing an intra-agency study group to develop a comprehensive

ance act enacted last year.

The group already has sent its recommendations to the President, according to news reports. They generally call for tighter controls on U. S. sales of arms abroad — estimated to be a $10 billion annual business.

Interestingly, the proposal, more appropriately a detailed discourse on options, was developed in part by a num-

Turn to Sale on Page 2

# Color him from here to E. Ternity

### By JOHN MAKEIG
Star-Telegram Writer

Frank James Strong became "Infinity" Friday.

Legally, for real and — unless he changes his mind — for always.

It took 96th District Court Judge H. M. Lattimore a while to convince himself that Strong truly understood what becoming Infinity could entail — how do you open a checking account, for instance, with a one-word name — but finally the judge relented.

Hence, Strong, assisted by attorney Lewis E. Sturns, left 96th District Court with his name legally changed — to be known forevermore simply as Infinity.

No first name, no middle name, not even a "Jr." for an ending.

Just Infinity.

To Infinity, such a name connotes the best of all possible worlds, just the right label for a 29-year-old aspiring artist.

"My name delivers a lot of impact to people," Infinity explained afterward. "They'll remember it. And once they've seen my work, they'll remember that, too, because they'll never have seen anything like it before."

Infinity is a tall, thin man who does not hesitate to tell you that he's eccentric, talented and propelled by an ego as big as his imagination.

"To say the least, I am unusual," Infinity confided. "But everything I say is logical."

He describes himself as a poet, a philosopher, a writer and — primarily — an oil painter who has spent a decade perfecting his technique.

"I immortalize things that never were," Infinity said of his painting. "I bring unto you the most beautiful beauty



—Star-Telegram Photo by RODGER MALLISON

INFINITY . . . walking through time

of beauty. I give dimensions to that which has no dimensions."

He also is broke and in search of a way to open a gallery to show off his work. Things became so tight for him a while back, he said, that he was forced to peddle two paintings "because I was financially as embarrassed as I could be."

But he said he expects matters to ease somewhat when people realize what a gem of an artist lives at 5712 Geddes.

After all, he is a Como High School graduate who dropped out of Bishop College "because my talent is so good that I didn't want anybody tampering with it."

Can ill befall such a convinced artisan?

He said he shuns drugs to keep a clear head for his work and spends a lot of time meditating about his metaphysical situation.

"I lie down and go on walks through time and space," Infinity said.

He also carefully tries to remember exactly what emotions were required to make whatever sweep of a brush across whatever painting he is doing. He records explanations of his artistic emotions on tape and writes them down.

Why does he write them down?

"I'm writing a book," he said.

And what will he call his book?

"Infinity."

What else.

3.

# A tie: flock found peace, police kept it

### By VICTOR DRICKS

tion of constitutional guarantees of free-

began to fall and his followers departed

*Fort Worth Star-Telegram*

SATURDAY, APRIL 29, 1978

# New name not so easy for 'Infinity'

(Continued from page 1)

order wasn't enough, so I don't have a birth certificate," he said. "But my attorney says I really don't need it."

Next, Infinity sought to remove Frank James Strong from his Social Security card. "I went down there and talked to the woman personally. So she put me down as 'I. Infinity.' I corrected that and she had to retype it. That frustrated her slightly. But she spelled it without one of the 'i's so I corrected her again. Then she became very frustrated."

But he won that one. Some may think Social Security is in imminent danger of collapse, but one day it may be paying out benefits for Infinity.

Getting his driver's license changed from Strong to Infinity proved to be a genuine ordeal.

Although it is not clear who suffered the most, Infinity or the state officials he encountered, Infinity says, "When I got through, I felt like I'd plowed the back 40 with a mule.

"It took me three hours of telling people the same thing over and over and over. I kept getting passed from one person to another until finally I got to the top man."

He won that one, too, in the end, although getting the driver's license changed was anything but an end to his troubles. (More about that later.)

In the meantime, his business was registered legally as "Infinity" and his club (still evolving as a group of like-minded artisans) was registered as "Infinity and All the Gifted People."

Those registrations required only two trips to the courthouse.

He had problems, though, when he tried opening a checking account in the name of Infinity. But that endeavor was complicated, certainly, by Infinity's insistence on using the symbol ∞ to sign his checks.

"They were reluctant (at the bank), but they had to give in. They just said they wouldn't guarantee the account, and, when I had one check that was 9 cents over they sent me my money and told me not to come back. I haven't been back either."



*Fort Worth Star-Telegram*                          *Star-Telegram photo by DAVID BRIE...*

INFINITY . . . "I don't compute."

It was when he decided to buy an airline ticket to Los Angeles that he first encountered computer logic. Your average computer, see, is programmed to handle people with two or three words in their name. Not one-worders. And "Infinity" may have fractured a few electrical terminals.

"The computer just rejected me. I don't compute. According to the computer, you have to have a first name and a last name, ar __ ... ally have one."

Rather than ___ ... te a commotion at Dallas-Fort W___ ... irport, infinity finally decided to let them call him "Mr. Infinity." He didn't like it, but there

Furthermore, he shaved his h___ protest and now plans a ve___ crusade against the hospital. He p___ return to the hospital to make it precisely how he regards them.

When he arrives in California summer to commence his protest ___ be carrying an elaborate scroll tha___ like it would delight your average cal personality.

In part, it proclaims:

"On my 31st birthday, July 4, ___ will march on Martin Luther K___ Hospital. Then I will stand outs___ seven days and seven nights. I ___ fasting, consuming only juice___

...the most, Infinity or the state officials he encountered, Infinity says. "When I got through, I felt like I'd plowed the back 40 with a mule.

"It took me three hours of telling people the same thing over and over and over. I kept getting passed from one person to another until finally I got to the top man."

He won that one, too, in the end, although getting the driver's license changed was anything but an end to his troubles. (More about that later.)

In the meantime, his business was registered legally as "Infinity" and his club (still evolving as a group of like-minded artisans) was registered as "Infinity and All the Gifted People."

Those registrations required only two trips to the courthouse.

He had problems, though, when he tried opening a checking account in the name of Infinity, not that endeavor was complicated, certainly, by Infinity's insistence on using the symbol $\infty$ to sign his checks

"They were reluctant (at the bank), but they had to give in. They just said they wouldn't guarantee the account, and when I had one check that was 9 cents over they sent me my money and told me not to come back. I haven't been back, either."

Then there was the matter of the police. It is no secret that the more bizarre you look, the more attention you attract, and policemen are well known for their alertness to the peculiar.

"The police stopped me on general principles," Infinity recalled of an incident in Fort Worth. "I guess they stopped me because I look so unique. The officer looked at my drivers license and said, 'What's your first name?'

"I said, 'That's my complete name, officer.' He said, 'What's your last name?' I told him again that Infinity was my full name, and then he asked me why I hadn't signed the drivers license. I pointed to my $\infty$, and said, 'That's my signature.'

"Finally, to smooth things over in a quasi-explanatory way, Infinity hauled out some photographs of his artwork (which, to those not forewarned, looks at first glance as bizarre as their creator). And then the policeman began taking Infinity seriously.

"He almost bought a painting from me," Infinity said.

Getting himself registered to vote in the name of Infinity proved to be an utter impossibility.

"They mailed my card back to 'Infinity,' but on the card it said 'Infinity.' Infinity. I couldn't fix that. It's still that way," he admits with some sadness.



Ft. Worth Tx. Star Telegram Star-Telegram photo by DAVID BRUSE/
INFINITY . . . "I don't compute."

It was when he decided to buy an airline ticket to Los Angeles that he first encountered computer logic. Your average computer, see, is programmed to handle people with two or three words in their name. Not one-worders. And "Infinity" may have fractured a few electrical terminals.

"The computer just rejected me. I don't compute. According to the computer, you have to have a first name and a last name, and I only have one."

Rather than create a commotion at Dallas-Fort Worth Airport, Infinity finally decided to let them call him "Mr. Infinity." He didn't like it, but there wasn't a lot to do.

The one-way $98 airline ticket got him to Los Angeles, and that is where all the fuss started. Infinity had survived Social Security hassles, drivers license hassles, voter registration hassles and more, but the Martin Luther King Jr. General Hospital was almost too much for him

The trouble began, Infinity said, when he had a car wreck. It was a dilly. He lost his front teeth in the collision and, before too long, ended up at the hospital.

"They just totally refused to accept my real name."

So there he was, lying on a hospital table in bad need of medical attention to his mangled mouth, and hospital personnel were refusing to treat him under the name of "Infinity," he said.

Because of his desperate condition, he eventually signed "Frank James Strong" to the proper forms. It was a signature that infuriated him and he said he did it under the severest protest he could muster. Which may not have been much considering his dilemma.

The furor over that episode, he said, is far from over.

In fact, this month he sued the hospital for alleged discrimination. For damages, he is seeking "complete restitution and whatever amount of money the Martin Luther King Jr. Hospital in Los Angeles is worth."

Furthermore, he shaved his head in protest and now plans a verit crusade against the hospital. He plans return to the hospital to make it known precisely how he regards them.

When he arrives in California summer to commence his protest, he be carrying an elaborate scroll that he like it would delight your average typical personality.

In part, it proclaims:

"On my 31st birthday, July 4, 19 will march on Martin Luther King Hospital. Then I will stand outside seven days and seven nights. I will fasting, consuming only juice.

After the seventh day, he will res his diet to water, and that will cont for another week.

How it will end is uncertain, but Infinity probably will be thinner than when he finishes.

And how the hospital will take all also is uncertain. But Infinity will settle his suit for less than the book v. of the hospital itself and all its assets

After all, he said, he needs the mc badly to finance an academic effor envisions. It will be called "God," an will be like "a Garden of Eden." He it will be a school with a live-in pop tion of persons with inclinations aki his.

(It also will have interconnecting b ments beneath its many buildings will serve as bomb shelters during nuclear war Infinity predicts will des the nation in about two decades.)

Meanwhile, Infinity is at work or paintings and he needs money. If care to catch Infinity's act and see hi his element, you might go to a night called The Kiss at 5100 E. Rosedal May 14 watch his "variety show."

He plans to "recite poetry and in duce gospel opera to the people. I'll sing and dance."

And if you like his oil paintings, he be willing to sell you one

Prices start at $8,000 .

## Carter gains confidence    5.

# Congress gets Mideast jet sale plar

WASHINGTON (AP) — President after formally submitted his Middle ...et fighter sale proposals to Con

meanwhile insisted that they could and would consider each sale separately

tion taken by Congress on the p

Police were led to the secluded area about 200 yards north of Interstate 30, about 7 p.m. by a man who said he had found the partially decomposed body of a young woman.

Tarrant County Medical Examiner Dr. Feliks Gwozdz performed an autopsy

bowling alley in the 5600 block of East Lancaster about four or five miles from where her partially nude body was found Friday.

Several blood stains were found on the car's seats, leading police to suspect foul play.

The medical examiner said he was unable to determine whether or not she had been sexually assaulted, but said indications were that her murderer had tried to molest her.

Gwozdz ruled the death a homicide.

Identification was made from a ring with the woman's name which was found

# 'Infinity' finds galaxy of woes almost limitless

### By JOHN MAKEIG
Star-Telegram Courthouse Writer

When Frank James Strong decided to go through the legal formality of changing his name to "Infinity," 96th District Court Judge Hal Lattimore warned him that he might be letting himself in for trouble.

The world just isn't geared to handle people with one-word names, the judge said.

But the aspiring artist-philosopher-writer-poet-sculptor and self-styled prophet insisted, and, perhaps because Strong seemed sane and had come to court accompanied by an attorney, the judge finally relented.

Hence, since April 29, 1977, Frank James Strong has been Infinity.

Since then, Infinity has come to appreciate the judge's warnings. Not enough to revert back to being Frank James Strong, perhaps, but now he knows full well what Lattimore meant.

At 30, the former Frank James Strong is a tall, thin man whose way-out ways, dress and manner of speaking probably would classify him as one of this planet's weirder individuals. All that, plus having a one-word name, has created a year of hassles.

Hassles with the police, bankers, state and county officials, voter registration personnel, hospital workers — just about everyone he's met who made the tactical error of asking his name.

He has managed to cope with it all — until recently — and apparently the world has learned to cope with him. But that isn't too hard to do. Despite the way he's dressing nowadays — shaved head covered by cloth mesh, metal bracelets, sandals and denim robes — he comes across as a basically harmless and pleasant person.

His odyssey as "Infinity" may have begun when he walked out of 96th District Court, but he got his first sampling of how the world would treat him when he went to the Tarrant County Courthouse to ask about getting his birth certificate changed.

"After six months of waiting, they said the judge's

Turn to New on Page 2

6.



Star-Telegram photo by DAVID BA

INFINITY . . . One-word names create hassles.

# newsfronts: page one

Star-Telegram News Services

The native of Waltrek, Ark., has 18 grandchildren and seven great-grandchildren. Her husband, D.O. James

# EXHIBIT "A"

8.

EXHIBIT "A"



# A. A. CERTIFICATE

Successful Completion of 364 weeks of the Self-Help Program,
Including the 12 Steps of Alcoholics Anonymous.

Awarded to

## Infinity
## C27692

Presented by
**Ironwood State Prison**

*May 04, 2007*

L. mush

**Debra Dexter**
Warden (A)

IRONWOOD STATE PRISON

BLYTHE, CALIFORNIA

7

This Certificate is in Recognition of

# INFINITY
## C27692

For his outstanding performance during the year of 2007
as the Facility 'C'
Alcoholics Anonymous and Narcotics Anonymous
Treasurer

Presented by

**Ironwood State Prison**

*January 2007*

Eloy Yzca
Self-Help Sponsor
Ironwood State Prison

7.(A)



IRONWOOD STATE PRISON

BLYTHE, CALIFORNIA

7(A)

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD ST.  PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2006 THRU MAY 25, 2007

ACCOUNT NUMBER : C27692
ACCOUNT NAME   : INFINITY,                    BED/CELL NUMBER: CFB300000000203L
PRIVILEGE GROUP: A                            ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 2.10 |
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 1.10 |
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 4.80 |
| 05/08/2007 | H107 | POSTAGE HOLD | 5163/POST | 3.03 |
| 05/08/2007 | H109 | LEGAL POSTAGE HOLD | 5163/LPOST | 4.80 |
| 05/08/2007 | H118 | LEGAL COPIES HOLD | 5163/LCOPY | 37.20 |
| 05/08/2007 | H118 | LEGAL COPIES HOLD | 5163/LCOPY | 2.20 |
| 05/08/2007 | H118 | LEGAL COPIES HOLD | 5163/LCOPY | 4.90 |
| 05/09/2007 | H110 | COPIES HOLD | 5186/COPY | 2.70 |
| 05/09/2007 | H118 | LEGAL COPIES HOLD | 5186/COPY | 46.70 |
| 05/09/2007 | H118 | LEGAL COPIES HOLD | 5186/COPY | 4.40 |
| 05/11/2007 | H107 | POSTAGE HOLD | 5234/POST | 5.00 |
| 05/11/2007 | H107 | POSTAGE HOLD | 5234/POST | 1.11 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 1.31 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 5.00 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 4.05 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 0.87 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 1.20 |
| 05/17/2007 | H109 | LEGAL POSTAGE HOLD | 5315/LPOST | 6.00 |
| 05/17/2007 | H109 | LEGAL POSTAGE HOLD | 5315/LPOST | 0.80 |
| 05/17/2007 | H110 | COPIES HOLD | 5315/LCOPY | 1.40 |
| 05/25/2007 | H109 | LEGAL POSTAGE HOLD | 5405/LPOST | 1.82 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 1.99 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 4.60 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 7.70 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 2.67 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 1.99 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 4.60 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 5.05 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 1.14 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. Li Ryan
ATTEST:   5/25/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
CY
TRUST CLERK

8(A)

CALIFORNIA DEPARTMENT OF CORRECTIONS
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2006 THRU MAY 25, 2007

ACCT: C27692      ACCT NAME: INFINITY,                    ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 172.23 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
172.23-
-----------



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 5/25/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

8 (B)

S146139

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

In re INIFINITY aka FRANK STRONG on Habeas Corpus

Petition for writ of habeas corpus is DENIED.

SUPREME COURT
**FILED**

MAR 1 4 2007

Frederick K. Ohlrich Clerk
_____
DEPUTY

**GEORGE**
_____
Chief Justice

9.

Name _Infinity_

Address _Ironwood State Prison_

_19005 Wiley's Well Road_

_Blythe, CA 92226_

CDC or ID Number _C 27692_

RECEIVED                    MC-275

AUG 28 2006

CLERK SUPREME COURT

SUPREME COURT
FILED

AUG 2 8 2006

Frederick K. Ohlrich Clerk

DEPUTY

_Supreme Court of California_
_San Francisco, CA._
(Court)

| Petitioner _Infinity_ | PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | No. **S146139** |
| Respondent _Ct. of Appeal 2nd Dist. Div. 1._ | (To be supplied by the Clerk of the Court) |

_Ct. of App. 2nd Dist. Div. 1. Case # B192669_

_L.A. Super. Ct. Case # BH003905_

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS
10.

Page one of six

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**This petition concerns:**

☐ A conviction                    ☒ Parole

☐ A sentence                      ☐ Credits

☐ Jail or prison conditions        ☐ Prison discipline

☐ Other *(specify):* _____

1. Your name: __Infinity__

2. Where are you incarcerated? __Ironwood State Prison__

3. Why are you in custody?   ☒ Criminal Conviction   ☐ Civil Commitment

    *Answer subdivisions a. through i. to the best of your ability.*

    a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

    __First Degree Murder__

    b. Penal or other code sections: __187__

    c. Name and location of sentencing or committing court: __Superior Court of Los Angeles County, 210 West Temple Street, Los Angeles, CA 90012__

    d. Case number: __A359113__

    e. Date convicted or committed: __01/19/1981__

    f. Date sentenced: __02/26/1981__

    g. Length of sentence: __25 years to Life__

    h. When do you expect to be released? __now__

    i. Were you represented by counsel in the trial court?   ☒ Yes.   ☐ No. If yes, state the attorney's name and address:

    __Homer Mason__

4. What was the LAST plea you entered? *(check one)*

    ☒ Not guilty   ☐ Guilty   ☐ Nolo Contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

    ☐ Jury   ☒ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

6. **GROUNDS FOR RELIEF**

Ground 1: State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Petitioner comes before the Supreme Court of California from the ct. of App. 2nd Dist. Div. 1, seeking Relief from an Erroneous Judgment, Based on Erroneous (False) testimony. The lower courts, BPT, & the CDCR don't take notice of the testimony of the main witness for the prosecution. Only here-say from an Officer.

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Please take judicial Notice of Attachment marked Transcript from ct. of Appeal 2nd Dist. Div. 1. which Transcribe one small paragraph of mrs. washington testifying, "indicated that she had heard the sounds of an altercation in apartment 3 on Saturday, May 3, 1980, between the of 9 p.m. & 2 or 2:30 a.m. the following Sunday morning May 4, 1980. Judge Leetham of the ct. of App. 2nd Dist. Div. 1 ruled on mrs. washington testimony. "The Court: In other words, here is a situation where all kinds of strange noises and talk are heard, and I Agree That it Doesn't seem to me to be much to indicate that noises were Heard over a Long period of time; they were heard on this particular evening, the early morning hours, and that little or no noise occurred thereafter." Here, The Court clearly shows Officer Trujillo testimony is Contradictory to Mrs. washington testimony. Officer Trujillo testimony to what mrs washington told him is a Mega-Embellishment. False! Notice that pages of the Transcript is devoted to Trujillo False tesmit testimony which appear to be a Conspiracy —

b. **Supporting cases, rules, or other authority (optional):**
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

In the Court of Appeal 2nd Dist. Div. 1. "The court-Petition is Denied" citing In re Rosenkrantz (2002) 29 Cal. 4th 616, 664-665.) please take judicial notice that Rosenkrantz was Released one week after this ruling.

7. Ground 2 or Ground _____ (if applicable):

Conspiracy! Conspiracy to Commit Perjury —
Officer Trujillo Clearly Committed Perjury &
Dr. Schnittker Slanted her Opinion to support his
mega-Embellishment of what mrs. Washington said.

a. Supporting facts:

Officer Trujillo committe Perjury in his testimony
as to what mrs. washington told him. Mrs washington
told Judge Leetham that she heard sounds one night from
9:00 p.m to about two or two 2:30 a.m. Trujillo said four
days — Even only if he just mis-undertood mrs.
washington, The fact remain that Trujillo got
Dr. Schnittker to support his false testimony;
which is a Conspiracy —

Prayer For Relief
Petitioner petition & pray for the court to take
judicial notice of mrs. washington Actual testimony
& Judge Leetham Ruling on her testimony & the
testimony of Dr. Ryan in support of mr. washington
testimony.
No one knew about PCP in 1980 — petitioner mixed PCP
with alcohol & went into a state of Temporary Insanity
& killed my girlfriend. Dr. Ryan stated she died within
4 to 6 minutes, & that damages to her body was post-
mortem — she died immediately. Jackie did not suffer.
petitioner pray for the court to correct the lower courts
in their erred judgment based on false testimony.
Based on miss. washing testimony supported by Dr Ryan
Jackie did not suffer. & the lower courts ruling are
wrong. According plase order the B.P.T. to Release me.

b. Supporting cases, rules, or other authority:

Authority! Judge Leetham Ruling on mrs washington
Actual testimony supported by Dr. John Ryan, M.D., a
pathologist.

MC-275 [Rev. July 1, 2005]            PETITION FOR WRIT OF HABEAS CORPUS            Page four of six A.

13.

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

Ct. of Appeal of the State of CA 2nd Dist. Div. I

b. Result _Judgment Affirmed_    c. Date of decision: _7/30/1982_

d. Case number or citation of opinion, if known: _2d crim. No. 39649_

e. Issues raised: (1) _Illegal search_

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:

Alison L. Braun

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No.   If yes, give the following information:

a. Result _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

_____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No.
*Attach documents that show you have exhausted your administrative remedies.*

14.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result *(Attach order or explain why unavailable):* _____

    (5) Date of decision: _____

  b. (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result *(Attach order or explain why unavailable):* _____

    (5) Date of decision: _____

  c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) _____

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known: _____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain: _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: _____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 08/24/2006    ▶ ∞ _____
                        (SIGNATURE OF PETITIONER)

# EXHIBIT "B"

16

EXHIBIT "B"

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

|  |  |
|---|---|
| In re | B192669 |
| INFINITY | (Super. Ct. No. BH003905) |
| on | (David S. Wesley, Judge) |
| Habeas Corpus. | **O R D E R** |

THE COURT:

    The court has read and considered the petition for writ of habeas corpus, filed July 27, 2006. The petition is denied. The record submitted reflects some evidence to support the challenged decision. (*In re Rosenkrantz* (2002) 29 Cal.4th 616, 664-665.)

_____      _____
TURNER, P.J.                              KRIEGLER, J.

17.

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUN 1 3 2006

John A. Clarke, Executive Officer/Clerk

By_____, Deputy

1
2
3
4
5
6
7
8

SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

FOR THE COUNTY OF LOS ANGELES

10

| | |
|---|---|
| In re, | Case No.: BH003905 |
| INFINITY, | ORDER RE: WRIT OF HABEAS CORPUS |
| Petitioner, | |
| On Habeas Corpus | |

      The Court has read and considered Petitioner's Writ of Habeas Corpus filed on March 2, 2006.  Having independently reviewed the record, giving deference to the broad discretion of the Board of Prison Hearings ("Board") in parole matters, the Court concludes that the record contains "some evidence" to support the Board's finding that Petitioner is unsuitable for parole. (See Cal. Code Regs., tit. 15, §2402; *In re Rosenkrantz* (2002) 29 Cal.4th 616, 667 (hereafter *Rosenkrantz*).)

      On March 13, 1981, petitioner was received into custody for a conviction of first degree murder, in violation of Penal Code section 187.  Petitioner is serving to a 25 years to life term with a minimum parole eligible date of April 19, 1995.  The Board conducted a subsequent parole suitability hearing on October 13, 2005 and denied parole for one year.  The record reflects that on May 30, 1980, petitioner beat and killed his girlfriend in their apartment. Petitioner testified at his hearing that he smoked PCP earlier in the day and maintains that he has no memory of committing the offense.

ep

# EXHIBIT "C"

**INMATE COPY**

BOARD OF PRISON TERMS                                                      STATE OF CALIFORNIA

NOTICE OF DATE, TIME AND PLACE OF HEARING

---

Your _____ **SUBSEQUENT #8** _____ hearing is scheduled for
                                  (Type)

____ **1:30 PM** ____ on ____ **JANUARY 03, 2007** ____
        (Time)                              (Date)

at  **IRONWOOD STATE PRISON** _____

   **COMPLEX I   FACILITY  B   BOARD OF PRISON TERMS HEARING ROOM**

### CERTIFICATE OF SERVICE

On _____ *9-27-06* _____

I [X] gave       [ ] mailed this notice to the prisoner/parolee.

---

Signature of State Agent                                    | Date
*Hardin (C)*                                                | *9-27-06*

---

Receipt Acknowledged  *(For Institutional Use Only)*

Signature                          | CDC Number      | Date
*∞*                                | *C 27692*       | *9/27/06*

---

NAME                              CDC NUMBER              INST/REGION
**INFINITY**                      **C27692**              **ISP/IV**

                            *20.*

BPT 1080 (Rev. 8/1/81)

**INMATE COPY**

# INMATE COPY

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

## REQUEST FOR INTERPRETER

Please complete and return as instructed by staff as soon as possible but no later than 5 days after receipt.

_____  I do not speak or understand the English language, and I request the assistance of an interpreter at my hearing.

What language do you speak? _____

____X____  I do speak and understand the English language and do not need an interpreter.

| SIGNATURE | CDC NUMBER | DATE |
|---|---|---|
| ∞ | C 2 7 6 9 2 | 0 9 / 2 7 / 2 0 0 6 |

--------------------------------------------------------------------------

## SOLICITUD PARA INTERPRETE

Favor de llenar como le indique el miembro del personal y devolver tan pronto como le sea posible, en cinco días a más tardar.

_____  No hablo ni entiendo el idioma inglés, y solicito la ayuda de un intérprete en mi audiencia.

| FIRMA | NUMERO DE CDC | FECHA |
|---|---|---|
| | | |

| NAME | CDC NUMBER | INST/REGION |
|---|---|---|
| INFINITY | C27692 | ISP/IV |

21.

BPT 1079 (Rev. 9/1/82)

# INMATE COPY

BOARD OF PRISON TERMS                                                          STATE OF CALIFORNIA

# NOTICE AND REQUEST FOR ASSISTANCE AT PAROLE PROCEEDING
## BPT 1073

**I.    PRE-INTERVIEW FILE REVIEW (STAFF ONLY)**

I acknowledge that I have reviewed all relevant and reasonably available central file and/or field file information prior to first contact with the inmate/parolee involved in this parole proceeding. For revocation proceedings, this file review must include, at the minimum, a review of the CDC Form 611 (revised 05/01) or a Parolee Disability Review Sheet (PDRS) and attached documents, if any.

Print Name: _____   Sign Name: _____   Date: 9-27-06

## Identified Disabilities

☐ Mental Health Concerns (Circle One)  CCCMS  EOP  MHCB  DMH  128C dated: _____

☐ Developmental Disability (Circle One)  DD1  D1A  DD2  DD3  128C-2 dated: _____

☐ Physical Disability (Circle all that apply) (verified on CDC Form 1845) Dated _____

    **Mobility** (DPW / DPO / DPM / DNM)  **Vision:** (DPV/DNV)  **Hearing:** (DPH / DNH)  **Speech:** (DPS / DNS)

☐ Other Disability (that may limit access): _____ documented on _____ dated: _____

☐ Learning Disability documented on _____ dated: _____

☒ **NO DISABILITIES IDENTIFIED FROM THE FILE REVIEW.**

## Other Potential Assistance Needs:

☒ Reading Level _____  Total GPL _12.9_ (If not available, note "N/A")

☐ Non-English Speaking (List language(s) inmate/parolee speaks): _____

**II.    INMATE/PAROLEE RIGHTS & SELF IDENTIFICATION**

You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney.

If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPT or CDC must provide you with help to read the forms and papers. If you need special transportation, the BPT or CDC must provide it for you.

**Check all that apply:**

☐ I need help reading my documents.        ☐ I need the following help to hear _____

☐ I need help understanding the procedures and forms.  ☐ I need the following help to see _____

☐ I need a sign language interpreter.        ☐ I need to communicate in writing.

☐ I need a wheelchair and I ☐ do have one. ☐ do not have one.

☐ I do not speak English and need an interpreter in _____ (language)

☐ Other _____

☒ **I do not need any help for my parole hearing.**

X ~~_____~~        (27691)        X 9/27/06

Inmate/Parolee Signature        CDC #        Date Signed

**III.    INITIAL SERVICE OF RIGHTS (STAFF ONLY)**

I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:

☒ **Appears to understand**        ☐ **Appears to have difficulty understanding**

☐ **Effective Communication Method Used:** (Foreign language interpreter, sign language interpreter, read/spoke slowly, assistive device, etc.)

_____

Additional Comments: _____

G. GARCIA        _____        9-27-06

Staff Name and Title (please print)    Staff Signature        Date

**IV.    BPT REVIEW FOR INTERNAL USE ONLY (Non-Lifer Cases)**

Accommodation(s)/Assistance to be provided at hearing(s): _____

_____

Staff Name and Title (please print)    Staff Signature        Date

22.

| NAME | CDC # | TYPE OF HEARING | DATE OF HEARING | LOCATION |
|------|-------|-----------------|-----------------|----------|
| INFINITY | 15UB#8 → | | 01/03/06 | ICH III |

BPT 1073 (Rev 10/04)    Distribution: White – C-file, Canary – ADA Coordinator, Pink – BPT ADACU, Goldenrod – Inmate/Parolee

C 27691

**INMATE COPY**

BOARD·OF PRISON TERMS                                      STATE OF CALIFORNIA

LIFE PRISONER: REQUEST FOR ATTORNEY / WAIVER OF ATTORNEY OR WITHDRAWAL OF REQUEST

| Date of Hearing 01/03/07 | Time of Hearing 1:30 PM | Type of Hearing SUBSEQUENT #8 |
|---|---|---|

**Please complete and return as instructed by staff as soon as possible but no later than 5 days after receipt.**

## REQUEST FOR ATTORNEY

[X] **I request the assistance of an attorney at my hearing.**

1. [ ] I have or can retain my own attorney. The attorney is:

| Attorney's Name | Telephone |
|---|---|
| Attorney's Address | |

| Signature of Prisoner | CDC Number | Date |
|---|---|---|

2. [X] I wish to have the state provide an attorney to assist me. I declare under penalty of perjury that I am indigent that I am indigent (I have less than $1,500 in cash and/or accounts Title 15 CCR §2255(c)) and cannot afford an attorney.

| Signature of Prisoner ∞ | CDC Number C 2 7 6 9 2 | Date 0 9 / 2 7 / 2 0 0 6 |
|---|---|---|

## WAIVER OF ATTORNEY

[ ] **I waive my right to have an attorney.**

On _____(Date), I was informed that I have been schedule to appear before the BOARD OF PRISON TERMS for a hearing. I was also informed of my right to be represented by an attorney at my Board hearing. I know that if I am indigent and cannot afford to retain an attorney the state will appoint an attorney to represent me at state expense. Knowing this, I have decided that I DO NOT wish the assistance of an attorney at my Board hearing.

| Signature of Prisoner | CDC Number | Date |
|---|---|---|

## WITHDRAWAL OF REQUEST FOR AN ATTORNEY

[ ] **I withdraw my request for an attorney.**

I have reconsidered my request for an attorney at my Board hearing and have decided that I DO NOT wish to have the assistance of an attorney at my Board hearing. This decision to withdraw my request for an attorney is not being made as a result of any promises or duress. I know that if I withdraw my request for an attorney, I will not be able to later request an attorney again for this hearing.

| Signature of Prisoner | CDC NUMBER | Date |
|---|---|---|

| NAME INFINITY | CDC NUMBER C27692 | INSTITUTION ISP |
|---|---|---|

23.

BPT 1003 (Rev. 9/90)

**INMATE COPY**

BOARD OF PRISON TERMS                    **INMATE COPY**                    STATE OF CALIFORNIA

**LIFE PRISONER: NOTICE OF HEARING RIGHTS**

9. <u>Assistance in Preparing for the Hearing: Assistance in Communication:</u>

You may receive reasonable assistance in preparing for the hearing. If you are unable to effectively communicate due to language difficulties or a physical or mental defect, appropriate assistance (e.g., an interpreter) will be arranged for you (15 CCR Sec. 2251).

10. <u>Postponements:</u>

A postponement is a delay of a hearing date requested and granted before the hearing actually starts. You may request a postponement by doing so in writing to department staff before the hearing or orally immediately prior to the hearing. Requests for postponements may be granted where good cause is found (see CCR Sec. 2253). Where the hearing has already started, continuances may be granted where: (1) insufficient information is present to determine any necessary fact (15 CCR Sec. 2238), or (2) the panel determines that a decision regarding parole cannot be made because of pending new criminal or disciplinary charges (15 CCR Sec 2272).

11. <u>Impartial Panel:</u>

You are entitled to a hearing by an impartial panel and may request the disqualification of one or more panel members where grounds for disqualification exist (15 CCR Sec. 2250).

12. <u>Record; Decision:</u>

You are entitled to a copy of the record of the hearing upon request (15 CCR Sec. 2254). You are entitled to a copy of the decision which includes the information considered and the reasons for the decision (15 CCR Sec. 2255).

Abbreviations:

        PC   = California Penal Code
        CCR = California Code of Regulations, formerly California Administrative Code
        CR   = California Appellate Reports

I have read and understand the list of rights and procedures (items 1 through 12, above) and I have had an opportunity to ask questions about any rights or procedures that I did not understand.

| Signature | CDC Number 6 4 2 | Date 9/27/2006 |
|---|---|---|

I explained the foregoing rights to the prisoner, provided him/her with an opportunity to ask questions, and answered all questions he or she asked.

| Signature | | Date 9-27-06 |
|---|---|---|
| Name G. GARDIA | Title CC1 | |

| NAME | CDC NUMBER | INST/REGION |
|---|---|---|
| INFINITY | C27692 | ISP/IV |

BPT 1002 (Rev. 9/90)                    24.                    Page 2 of 2 pages


INMATE COPY

BOARD OF PRISON TERMS                                                                    STATE OF CALIFORNIA
**LIFE PRISONER: NOTICE OF HEARING RIGHTS**

**INMATE COPY**

1. Purpose of Hearing:

   The purpose of a parole consideration hearing is to determine whether you are suitable for parole (15 CCR Secs. 2281/2402). The purpose of a progress hearing is to determine whether a parole release date should be advanced (15 CCR-Sec. 2269(a)). The purpose of a rescission hearing is to determine whether a parole date should be rescinded or postponed (15 CCR Sec. 2450).

2. Right to Hearing:

   One year prior to your minimum eligible parole date a parole suitability hearing will be held (PC Sec. 3041(a)). You are entitled to a formal parole suitability hearing each year thereafter unless the hearing panel denies parole for more than one year (PC Secs. 3041(c), 3041.5(b)(2)).

3. Right to Be Present, Speak; Waiver; Consequence of Absence:

   You have a right to attend the hearing, ask and answer questions, and speak on your own behalf (PC Sec. 3041.5(a)(2)). You may waive this right (see In re Sydney M. (1984) 162 CA3d 39, 48 (juvenile hearing)). If you do not attend the hearing (unless you waive the hearing), a decision will be made in your absence (15 CCR Sec. 2248).

4. Attorney:

   You are entitled to be represented by an attorney at the hearing (except progress hearings) (PC Sec. 3041.7). You may waive that right (15 CCR Sec. 2256(b)). If you are unable to afford counsel (i.e., have less than $1,500 in cash and/or accounts), an attorney will be provided at state expense (15 CCR Sec. 2256(c)).

5. Notice:

   You will be notified of the week during which the hearing will be held at least one month before the hearing (15 CCR Sec 2246). You will be given reasonable notice of the time, date, and place of the hearing.

6. Witnesses:

   At a rescission hearing you are entitled to present and confront witnesses. At parole consideration and progress hearings you are not entitled to witnesses (see PC Secs. 3041.5(a)(5), 2932(c)).

7. Others Who May Attend the Hearing:

   At parole consideration hearings the prosecutor (or representative) at the trial on the charges for which you are incarcerated will be invited to the hearing to represent the interest of the people (PC Sec. 3041.7). At parole consideration hearings notice of the hearing will also be given to the judge, prosecutor and your attorney at your trial (PC Sec. 3042(a)). the victim or next of kin or their attorney may also attend and address the hearing panel (PC Sec 3043).

8. Review of File: Opportunity to Present Evidence:

   You have the right to review nonconfidential documents in your Department of Corrections central file and you may appeal insufficient disclosure. You may enter a written response to any material in the file and may present relevant documents to the hearing panel (15 CCR Secs. 2247, 2249). At a rescission hearing you may call witnesses and may request that witnesses (including adverse witnesses ) or documents be subpoenaed (15 CCR Sec. 2465(c)).

| NAME | CDC NUMBER | INST/REGION |
|------|------------|-------------|
| INFINITY | C27692 | ISP/IV |


INMATE COPY

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS


In the matter of the Life )
Term Parole Consideration )
Hearing of:               )        CDC Number C-27692
                          )
(NFN) INFINITY            )
                          )        INMATE
                          )
_____ )        COPY

IRONWOOD STATE PRISON

BLYTHE, CALIFORNIA

October 13, 2005



PANEL PRESENT:

Mr. Stephen Lee, Presiding Commissioner
Mr. Bruce Mitchell, Deputy Commissioner



OTHERS PRESENT:

Mr. (NFN) Infinity, Inmate
Mr. Anthony Hall, Attorney for Inmate
Mr. Lawrence Morrison, Deputy District Attorney
Correctional Officers Unidentified




CORRECTIONS TO THE DECISION HAVE BEEN MADE

_____  No      See Review of Hearing
_____  Yes     Transcript Memorandum



C. M. LOPEZ, Peters Shorthand Reporting

26.

# EXHIBIT "D"

27.

LIBRARY AND COURTS ANNEX
900 N STREET, ROOM 400
SACRAMENTO, CA 95814-4869
(916) 654-0209
www.courtinfo.ca.gov

OFFICE OF THE CLERK

DEENA C. FAWCETT
CLERK/ADMINISTRATOR

THERESA DEVINE
ASSISTANT CLERK/ADMINISTRATOR

# Court of Appeal

## THIRD APPELLATE DISTRICT

STATE OF CALIFORNIA

May 19, 2006

DEPUTIES:

NORMAN H. HAREBOTTLE
DARLENE A. WARNOCK
D. BRUCE KORDENBROCK
ANITA L. KENNER
SANDY GREEN
GAYLE KELLY
ANNE K. MELINE
KAREN L. RODRIGUEZ
GRACE E. EMERO
REBEKAH S. THORNTON
ANA I. CAVAZOS
KATHI RUTHERDALE
SUSAN E. WELSH

Infinity
C-27692
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA  92226

Re:   Infinity v. Superior Court Sacramento County
      C052595
      Sacramento County
      No.   06CS00114

Dear Infinity:

Enclosed please find your application for waiver of court fees and costs which is being returned to you unfiled.  There is no cost to file a criminal petition for writ.

Very truly yours,

DEENA C. FAWCETT
Clerk/Administrator

By: _____
    Deputy Clerk

cc: See Mailing List

2 8.

LIBRARY AND COURTS ANNEX
900 N STREET, ROOM 400
SACRAMENTO, CA 95814-4869
(916) 654-0209
www.courtinfo.ca.gov

**OFFICE OF THE CLERK**

DEENA C. FAWCETT
CLERK/ADMINISTRATOR

THERESA DEVINE
ASSISTANT CLERK/ADMINISTRATOR

# Court of Appeal

## THIRD APPELLATE DISTRICT

STATE OF CALIFORNIA

DEPUTIES:

NORMAN H. HAREBOTTLE
DARLENE A. WARNOCK
D. BRUCE KORDENBROCK
ANITA L. KENNER
SANDY GREEN
GAYLE KELLY
ANNE K. MELINE
KAREN L. RODRIGUEZ
GRACE E. EMERO
REBEKAH S. THORNTON
ANA I. CAVAZOS
KATHI RUTHERDALE
SUSAN E. WELSH

## MAILING LIST

Re:    Infinity v. Superior Court Sacramento County
       C052595
       Sacramento County
       No.    06CS00114

Copies of the attached document have been sent to the individuals checked below:

Infinity
C-27692
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA  92226


Office of the State Attorney General
P.O. Box 944255
Sacramento, CA  94244-2550


Superior Court of California
County of Sacramento
720 Ninth Street, Appeals Unit
Sacramento, CA  95814

29.

# EXHIBIT "E"

30.

EXHIBIT "E"




Office of the Clerk
**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
95 Seventh Street
San Francisco, California 94103-1526

(415) 556-9800

Cathy A. Catterson
Clerk of Court

February  21, 2007

Infinity - C27692
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92226

Re:  Complaint of Judicial Misconduct No.06-89112

Dear Mr. Infinity:

The Judicial Council has issued an order in response to the petition for review filed in your complaint of judicial misconduct.  A copy is enclosed.

Please be advised that pursuant to 28 U.S.C.§ 352(c), and subparagraph (e) (2) of Rule 8 of the Rules of the Judicial Council of the Ninth Circuit Governing Complaints of Judicial Misconduct or Disability, no further review of this complaint is provided for by law.

Very truly yours,

Cathy A. Catterson

CAC/gb

31.(A)




Office of the Clerk
**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
95 Seventh Street
San Francisco, California 94103-1526

December 14, 2006

Cathy A. Catterson
Clerk of Court

(415) 556-9800

Infinity - C27692
Ironwood State Prison
19005 Wiley's Well Road
Bythe, CA 92226

        Re:  Complaint of Judicial Misconduct No.06-89112

Dear Mr. Infinity:

     Chief Judge Schroeder has issued an order in your complaint of
judicial misconduct.  A copy is enclosed.

     A complainant or judge aggrieved by an order of the chief judge
dismissing a complaint may petition the judicial council for review
thereof by filing such petition in the office of the clerk of the
court of appeals within 30 days of the date of the clerk's letter
to the complainant transmitting the chief judge's order.  28 U.S.C.
§ 352(c); Misconduct Rules 5 and 6(a).

                         Very truly yours,

                         Cathy A. Catterson

CAC/gb

3(A)

# EXHIBIT "F"

32,

EXHIBIT "F"





CRIMINAL DIVISION

# The Superior Court

LOS ANGELES, CALIFORNIA 90012

CLARA SHORTRIDGE FOLTZ
CRIMINAL JUSTICE CENTER
210 WEST TEMPLE STREET
(213) 974-1234

June 12, 2006

Infinity-C27692
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226

Re:    Seeks Monetary Damages from John Clarke BH003905

Dear Mr. Infinity:

This will acknowledge receipt of your petition for a writ of habeas corpus filed June 7, 2006, in which you seek monetary damages from John Clarke, the Executive Officer/Clerk of the Los Angeles County Superior Court.

Please be advised that monetary damages cannot be awarded by habeas corpus, (See *State v. Superior Court* 32 Cal.4th 1234; *Holt v. Kelly* 20 Cal.3rd 560, 565.)

Further, Mr. Clarke has nothing to do with petition filed in the Criminal Courts of this County. He never sees them or has anything to do with processing them. The notation on the petition that you complain about was placed there by a clerk who was trying to determine where the petition should be directed. He merely noted your birth name as an incident of interest. He meant no disrespect.

Please let the Court know how you want this petition handled. As a habeas corpus petition, it will be denied for the reason stated. As a civil case, it will be transferred to the Civil Department and processed by them. Or, you may have the petition returned to you for further consideration.

Very truly yours,

*Sam Bubrick*

FOR THE SUPERVISING JUDGE

Sam Bubrick
Superior Court Commissioner
SB/slr

33.



Infinity

C27692 C3 203 Low

Ironwood State Prison

1900 s wileys well Road

Blythe, CA 92226

pro se e.g. In Forma Pauperis Litigant

2006 FEB -3 AM II: 10
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED
NOV 3 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LODGED
JAN 25 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    DEPUTY
BY

ED CV 06 - 00132 JSL/MAN CW (PR)

## United States District Court
### Southern District of California

C 05    4952

| | |
|---|---|
| petitioner, | Case # |
| v. | § 40.1 petition for Writ of mandate, pursuant to CCP § 1085.; 9 F. Supp. 422, 423; 74 P. 695, 501; 151 P. 228, 230; & 199 A. 619, 620 to stop the choke hold of the CCPOA, that has the 602 Appeals System stagnated. |
| California Correctional Peace Officers Association (CCPOA) | |
| Respondent; | |
| people of the State of California, | |
| Real party in Interest: | |
| A. Scott-Barron. CCII, Appeals Coordinator, CCPOA member. | |

petition for Writ of Mandate. & Request for respondent to comply with California Code of Regulations CCR § 3084.1.
Right to Appeal./3084.6. Appeal Time Limits.
Exhibits, memorandum of points & Authorities
in support.

33(A)

1. of 13.

# EXHIBIT "G"

34

EXHIBIT "G"

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543


June 14, 2001


Mr. 1 Infinity
C27692
19005 Wiley's Well Road
Blythe, CA 92225


                Re:  Infinity
                     v. Bill Jones, et al.
                     No. 00-10563


Dear Mr. Infinity:

        The petition for a writ of certiorari in the above
entitled case was filed January 8, 2001 and placed on the
docket June 13, 2001 as No. 00-10563.

        Forms are enclosed for notifying opposing counsel that
the case was docketed.


                        Sincerely,

                        William K. Suter, Clerk

                        by

                        Clayton R. Higgins, Jr.
                        Assistant



Enclosures



35

# EXHIBIT "H"

Commended by Board of Prison Terms (BPT)
Articles of Incorporation of my Church, Witness by
Bill Jones, Secretary of State. From the Church comes G.O.D.
Followed by the "Super Hero's War Against Drugs", comic,
color Book, & the Curriculum for young Spiritual
warriors of Love...

My Spiritual name & signature are key to my Endeavor

36.

EXHIBIT "H"

61

1   last in 1993.  The prisoner lacks reasonable or

2   realistic parole plans in the county of last legal

3   residence, which would be Los Angeles.  And that

4   he needs to have verifiable residential plans and

5   needs something that we can verify with regards to

6   employment plans.  The Hearing Panel notes that

7   responses to 3042 notices indicate opposition to a

8   finding of parole suitability, specifically the

9   District Attorney of Los Angeles County.  The

10  Panel makes the following findings, that the

11  prisoner needs additional time in order to fully

12  understand and deal with the causation factors

13  that led to commitment of the life crime.

14  Nevertheless, the prisoner should be commended for

15  his attending the Islamic Mullahti 12 Step

16  Program, Breaking Barriers, being involved in AA

17  and NA, and for being disciplinary free since

18  1993, with emphasis on the fact that we realize

*19  his programming has limited, but we want to

20  commend him for establishing his program of

21  'Getting Over Drugs' and his desire to follow

22  through with that and dedicating himself to

23  furthering that program, either within the walls

24  of this institution or once he gets out, outside

25  the walls of this institution.  However, these

26  positive aspects of his behavior do not outweigh

27  INFINITY   C-27692   DECISION PAGE 3   6/7/01

62

1    the factors of unsuitability.  Infinity, the

2    denial will be for a period of one year.  During

3    which time, we want you to remain disciplinary

4    free, and because of your involvement in your

5    program, all we're going to ask is that you stay

6    participating in whatever's available to you in

7    the area of self-help and therapy programming.  In

8    that time period and you indicated that you didn't

9    want to get some letters in for a reason that you

10   didn't know what would happened at the hearing.

11   Get them in next time.  Give us something

12   substantive, something that has -- which would

13   show that you have a place to live in Los Angeles

14   County.  If you can, something that furthers your

15   program, something that indicates that this group

16   you talked about is going to use it.  Okay.  Now

17   whether you want to go to -- Do you have any

18   relatives in L.A. County anymore?

19          INMATE INFINITY:  No, Sir.

20          PRESIDING COMMISSIONER ANGELE:  Maybe you

21   want to try friends outside with a halfway house.

22   Letters that say yes, if he's released, we do a

23   placement for him here.  Something like that, so

24   we know you have a place to go.  Firm that up the

25   next time you come.

26          INMATE INFINITY:  I got a confirmed place to

27   INFINITY    C-27692    DECISION PAGE 4    6/7/01

63

1   stay.

2          PRESIDING COMMISSIONER ANGELE:  Get those

3   firmed up.

4          INMATE INFINITY:  I have already confirmed

5   it.

6          PRESIDING COMMISSIONER ANGELE:  That's

7   basically what we're asking you to do.

8   Commissioner Cox, any comments?

9          DEPUTY COMMISSIONER COX:  Just, you know,

10  you've got an impressive program, but we need to

11  see it in action, so keep up the good work.

12         PRESIDING COMMISSIONER ANGELE:  Commissioner

13  Munoz?

14         COMMISSIONER MUNOZ:  No, thank you.

15         PRESIDING COMMISSIONER ANGELE:  Thank you.

16  That concludes the reading of the minutes and that

17  concludes the hearing.  We will -- It's what 11:47

18  a.m. and that concludes the hearing.

19                    R E C E S S

20                    --o0o—

21

22

23

24

25  PAROLE DENIED ONE YEAR

26  EFFECTIVE DATE OF THIS DECISION _____ JUL 0 2 2001

27  INFINITY    C-27692    DECISION PAGE 5    6/7/01



## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

SEP 1 3 1999

_Bill Jones_

Secretary of State

Sec/State Form CE-107 (rev. 9/98)

In the Office of the Secretary of State

AUG 3 0 1999

BILL JONES, Secretary of State

# Articles Of Incorporation Of The Church Of GOD: The Omnipotent & Omniscient & Omnipresent Love

## I

The name of this corporation is The Church Of GOD: The Omnipotent & Omniscient & Omnipresent Love

## II

This corporation is a religious corporation & is not organized for the private gain of any person. It is organized under the Nonprofit Religious Corporation Law exclusively for religious purposes.

## III

The specific purpose of this corporation is to save lost Souls by helping the people discover & develop their natural GOD given talents & provide a vehicle & avenue for the continual Services of GOD. We worship the One GOD by way of thoughts, deed, & prays. This corporation is created to help the community by establishing programs that are needed; which will spring from this corporation; such as drug programs, vocational programs, etc., & to be a cosmic beacon for all the Forces of Love to converge, for the Apocalypse at Armageddon.

## IV

The name & address in the State of California of this corporation's initial agent for service of process is:

page 1 of 2

Infinity
19005 Wiley's Well Road
Blythe, California, 92225

V

This corporation is organized & operated exclusively for religious purposes within the meaning of IRC Section 501(c)(3).

VI

No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, & the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

VII

The property of this corporation is irrevocably dedicated to religious purposes & no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person.

VIII

Upon the dissolution or winding up of the corporation, it's assets remaining after payment, or provision for payment, of all debts & liabilities of this corporation shall be distributed to a non-profit fund, foundation or corporation which is organized & operated exclusively for religious purposes & which has established it's tax-exempt status under IRC Section 501(c)(3).

June 18, 1999    Infinity    ∞

page 2 of 2    printed name of incorporator    signature of incorporator



The Church Of GOD ( The Omnipotent, &
Omniscient, & Omnipresent LOVE; ( The
Most High, Most Gracious, Most Merciful...
Most Forgiving: ( The ( Irresistible;
Creator, Cherisher, & Sustainer Of All ( The
Worlds; Alpha & Omega; ( The Best Protector,
& ( The Only Life-Giver, Master Of ( The
Day Of Judgement, ( The Supreme Judge: ( The
Almighty; ( The Most Beautiful Beauty Of
Beauty, Most Serene, Most Kind, Most Gentle, Most
Mysterious, Most Understanding, Most Worthy Of
All Praises & Glory, Most Unique, Most Awesome
Most Beneficent, Most Benevolent, Most Nurturing,
Most Sacred Most Holy, Most Glorious, ( The
Best Provider; Oneness; One ( Truth; Of One
Reality; Of One LOVE; Of One SPIRIT; Of One GOD:
( The Avenger, Destroyer, ( Healer,
Retribution, ( The Comforter, Lo... &
Behold ! ( The Guiding Light

( To personify the Oneness of humanity through the Service
& Glorification of GOD; membership of this Church is to
become stronger in your own-self religion, religious denomi-
nation, faith, belief, way of life, etc...
From the essence of your Spirit, even your very Soul, you
will profess to be a Constituent of the Consciousness of

1