Love & a warrior in the Army of GOD; in this old Spiritual War between the Consciousness of Love & the Consciousness of evilness. Only Love can win! ...From the Church cometh G.O.D. into your community, to help everyone with a 4 phase drug program; phase 1 helps kids 4-12 yrs old. Phase 2 helps teenagers. Phase 3 is an adult self-help program. Phase 4 is rehabilitation for the most needful.




The devil is using drugs to capture billions of lost Souls. We, the Philanthropoids of G.O.D. agree to join this church in this old Spiritual War to save the lost Souls of humanity.

Philanthropoid: any of the executive officers of various philanthropic organizations. Philanthropy: a desire to help humanity... Agreement Date ____________

Signatures ____________ ____________

Printed Names ____________ ____________


GETTING OVER DRUGS
G.O.D.
HELP ME
I AM YOU
Super Hero's War Against Drugs
comic, color Book
A Message from ∞
I am You
Comes now, Infinity; in & from Eternity. I come to make war against evilness & corruption. My assignment is to help the people. I am a Mighty Warrior of GOD. Unite with me, & be of the forces of Love. For lo, there is one Truth; of one Reality; of one Love; of one Spirit; of one GOD. Behold, the Oneness. Prepare! for the final Convergence, of the war; that began in heaven. Let not your Soul be lost, in a war that only Love can Win.
I am You
©


Truth is the Sword of Love
Revelation 12:7-9
7 & there was war in heaven: Michael & his angels fought against the dragon; & the dragon fought & his angels,
8 & prevailed not; neither was their place found any more in heaven.
9 & the great dragon was cast out, that old serpent, called the Devil, & Satan, which deceiveth the whole world: he was cast out into the earth, & his angels were cast out with him.




The garden of eden
&
The earth
garden of Souls

GETTING OVER DRUGS G.O.D. HELP ME I AM YOU

I beheld Satan as lightning fall from heaven. Luke 10:18

Therefore rejoice, ye heaven, & ye that dwell in them. Woe to the inhabiters of the earth & the sea! for the devil is come down unto you, having great wrath, because he knoweth that he hath but a short time. Revelation 12:12

The wolf has come down from the mountain; full with rage & great malice toward humanity! malice aforethought! Satan's deliberate intention & dark-diabolical plan to lead us all into hell with him.

Ah... The wolf has come down from the mountain; the spirit hunter; the stalker; he stalks your very soul, with a ravenous desire to consume.

Behold! The wolf: the devil has come down from heaven bringing billions & billions of devils with him for the great assult on humanity. Beware! You have been warned! the signs are clear. Satan is here. Don't be afraid. Be careful. Don't give in to evil thoughts. The angels of light are always with us. Only Love can win this old war.


The light of GOD protects you for a season. I will pursue mankind until the end of time. I will turn brother against brother, sister, against sister, and children against their parents. I will see all your seeds in hell with me.
I have a bag of tricks for all of you. I will deceive the whole world.
$
Power, greed, selfishness Proud and Pride and more Drugs.

I come to harvest the lost Souls of Drug dealers and Drug users. Indeed, you mind, body, spirit, even your very soul belongs to me.




Drugs
Don't start, and
you won't get
this Monkey
on your back!!!
72

Useing Drugs is like playing Russian Roulette with death in each cylinder.

Alcohol user

Drug Dealer

Tobacco user

Drug user

First timer


You got some Drugs??? I love Drugs.
Happy 9th Birthday
74


I get high on
having fun!!!


I get high on Drugs




Drugs only make you think that you can do and be any thing...