



If I can just get her high only one time, that "88" Prom Queen will be my girl. these good Drugs will surely turn her all the way out.
Hey baby come get some of this good loving & good Drugs I got for you!
No!!!
I wonder how it feels to get high on Drugs!
Dope

Prom Queen "88"
Drug Queen "88"
Before Drugs
After Drugs
11

By way of mental telepathy, the flower beings calls through space, time, & timelessness unto Infinity...

The Beast has come down from heaven; cast out because of the war he started. The people of earth can be liken unto fat unsuspecting sheep. Some are safe, but will be safe no longer. Many are not safe at all, and lives in a perpetual war zone. All is touched by the cold hand of drugs and plagues...

The Beast can be liken unto a Wolf with an insatiable, ferocious, voracious appetite for souls that cannot be appeased...

"Infinity the people of earth needs you — You must save the children...

So many souls are being lost" —

Illustrative Parable; the earth crieth out for help; for Humanity.

Even so, he is on his way.
Yes, ∞ comes! in the Name of the Most High: Creator & Sustainer of all the worlds...
∞ is encarnalized to answer our call. His carnal flesh is in prison, in the wilderness of the Mojave Desert.
We willingly Submit to the Most High
All Praises to GOD: The Most High; the earth is full will Thy Glory

... from Always a wonder appears...
in the cosmic heavens.
The twin comets Summum Bonum moves through space, time, & timelessness; faster than the speed of sound, & faster than the speed of light, even faster than the speed of time. Summum Bonum moves side by side with the grace of two ballerinas dancing through the panorama of the universe... To be safe is to be in the presence of Summum Bonum which are commanded by ∞



Smile...yeah... I move only on the plane of Souls; proceeding from the Source, of Souls, & returning thereunto for Final Judgement... Humanity & the earth are being assaulted with great malice & diabolical afore thought, by the forces of evilness. Our only Shield & Refuge is GOD
Oh Lucifer how had thou fallen? Ah... It was an arrogant & racist attitude, accompanied by pride. There is no good in being proud. This is the path to hell.
Beware! Beware! Beware!

...e earth is such a beautiful ...rden! Here lives a powerful race ... spirits, embodied in colorful ...dies made of earth. As I ...k upon all these beautiful ...ople, I see a rainbow. ...d all the colors are ...ely indeed
My feelings tells me that Someone needs light of knowledge. So let there be light from my feelings unto their feelings. Spirit to spirit, and Soul to soul. Fear not that corrupted man child. He is part of a gang that is as the Beast of darkness which stalks innocent people. Drugs will destroy you mind body and soul. Just say no!
...you Sweet! Sweet!! Sweet ...ing you!!! Buy some of ...is good crack.
no!
...ist ...ay ...o!
Just say no!
no!
I was told what to say by a soft voice that made me unafraid.
Indead, the voice was calm and calming unto my spirit, even unto my very soul. He spoke unto my inner feelings, and gave me inner strenght.
mumble grumble grumble

Less get little Joe super high, so we can laugh at him when he start tripping out. When he smoke some of these drugs, he will go out of his Mind
Joe! Be like the big boys and smoke on this.
I don't know.
Young Warrior: I am you, my feelings unto your feelings, spirit to spirit, soul to soul. Fear not they that abide in darkness. I know that you don't wish to be them, and do what they do. For this is not your nature. Please say no! —I am you—
What's he thinking about?
Don't ask me no hard questions
These guys are wronge and I am not afraid
I am a warrior!! I fight against Drugs and corruption!! Get out of my town!! You, you Drug dealers you...!!! Get out!!
Please Go away!!!
Young Warrior No, no, no. If you fight like the Beast, you shall become as the Beast.
Why is the little boy fighting me??
why you always ask me all the hard questions? kill him so I can trip off of him kicking the bucket, yeah... Kill, Kill
I am the leader of this gang. If I say kill! you kill; or you will be killed. I just wish that I could move. These Drugs are so good. Did some thing fall on my foot? Hope I don't forget to Breathe.
Sorry little fellow, but orders are orders
Jive time farmer I'm not scared of you!

I come unto you by the power of my moving finger. Look over yonder; deep within yourself: its the Light of peace & Love.
Only peace can Conquer Violence. Only Love can Conquer hate. GOD is our source of peace. GOD is our Source of Love.
World War III is coming! World War III is coming!! World War III is upon us. World War III is here. World War III is here: its this war against drugs. & the people of earth appear to be losing



Come'on son we will only be in the way. my feelings tell me that no one will get hurt. All will be well. He is wonderful (smile)
This guy is great!
Let there be peace. Let there be balance Let there be love
Look at the light shining out of his glove!!!
why is light coming from him???
Another hard question. you cut the wrong one stupid. I just wish I could move. This is a good time to run.
Violence can only beget Violence. I will tell you how to get gangs, and Drugs out of your town, in a non-Violent manner.
Less go beat them guys up!!!
mom that Great guy is going to the park, can we go too?
Yes we will follow him. I wish for you to hear what he has to say
I will follow him, and hear his words of wisdom, so I can learn how to get my self straighten out. I don't like being Violent, and I don't like Drugs.

Infinity will speak on the powers of love. you should come with me to hear him talk.
what's all of this, that I am hearing about Infinity?
Infinity can speak unto your feelings, and give you wisdom of yourself. I did not know how strong I was. Infinity says we all are more powerful than we know. I like his wisdom.
I want to be a young warrior.
me Too
He is that drug dealer mom! mom! look at him ... there
That crack is bad, but not as bad as this ice. This ice will keep them high for 24 hrs. mothers will sell their kids for it, and kids will kill.
yeah
that's the guy that tried to kill you
Why are you here in the park?
I wish to unite with Infinity in this war against drugs and corruption. I know about gangs and drugs. I can help if you give me a second chance. Infinity will show me the best way to fight.
Fear not, for you are not alone. Don't let anyone make you do anything that you know is wrong.
Once you join this gang, thats it; until death do we part. I am the Boss. you do what I say. Understand? I want you to take off that weird guy's gloves, so I can see where that light is coming from. Take off his hood too; so I can see how he looks.
What voice is this coming from my heart? I know my heart is telling me right. But, but my friends are so powerful.
Here is a roll of toilet paper. Becaue if you do not do what you are told, you will need to use it when I finish beating your butt...
Listen to your feelings. Hear your heart. please...

I got to pull that hood off
Can I help you?
nope, nope; don't need no help.
2
I will just let him do what he feels he's got to do...
now is my chance to pull off the hood of Infinity
4
What's under there???
You are a beautiful spirit. I'm so sorry...

This nectar is sweet to ... my very soul. These ...lowers will be lovely ...aces.
And we will ...loom into ...eautiful ...lowers
Infinity will be here soon to obtain a greater degree of inner peace and strength through deep meditation.
O men! certainly the promise of God is true. Let not than this present life deceive you.
This war will touch the mind, body, and soul of all the people, with a cold finger. This war began before the beginning of time in heaven, and will last unto the end of time, on earth.

You always give much needed strength to my inner peace... Peacefulness is much more powerful than anger, & violence, & war... My basic message to the people is to first find their inner peace, & come together. Only love can defeat evilness... I always love visiting here with you all; But I must be on my way...
here is only one person n earth that Infinity an truthfully call is best friend...
I hope so. He can be so mysterious. He has been in love with her for...
Eternitys, do you think he will ever tell her?
Ah... The right woman comes unto ∞
I think that he is in love with her
Good-bye Infinity

Definition of my twin comets name; Summum Bonum (soom'əm bō'nəm): the highest good, or Supreme good. Symbolizing sacred Ardor or Ardour: to burn; warmth or heat of emotion, feelings, or sentiment; extreme vigor, force or energy; intensity passion, compassion, passionate, compassionate, etc.
Leah
Comes A Message of Love, in this old war against drugs, which is swiftly followed by a practical application of The First Phase of G.O.D.

All the people of this community is here to hear my message. This is more than well.

And so I say unto my beloved companions in the tribulations of these; the last days. I love with the same Love that created the heavens, & the Earth. My love for you was before the war in heaven. That old war is now here; on Earth. This old war is raging hotter, & hotter as it approaches it's hottest point; which will be the last & decisive battle between the forces of Love, & the forces of evil at Armageddon, just before Judgement Day: which is the **Reckoning Moment of Absolute Retribution**, Even so. Everyone is a part of this old war. No one can say, "I don't want to get involved." Everyone is involved. You will fight with the forces of Love; for love; or you will fight on the side of the Devil. Only love can defeat evilness & corruption.

You must be aware of how powerful love is. If you love, you will command the awesome powers of love, to a degree, & in degrees; depending on the level

of your personification of Love.
How do you feel about these young drug dealers, & gang members? "We hate them!" Hate what they do, & hate what they stand for. However, you should love them as human beings; for all humans are made in the image of GOD, because all Sapient beings possesses an allotted portion of the spirit of GOD to characterize, & individualize, & personalize to do with as we choose for a measure of duration here on Earth.
And how will you use this powerful life-force within? Hate weakens your spirit & darkens your Soul, & separates you from GOD for ever.
You must love; if you wish to exercise the wonderful & awesome powers of Love. You cannot pick & choose, whom you will love, & who you will not love. In order to love with the same Love that created the heavens & the Earth; You must love as the Love that created all that is, & were, & is to come...
What is the common denominator among drug users, & people who drink alcohol? "There is no common denominator. Drugs are illegal, alcohol is legal."
And what if alcohol was made illegal, how would you feel, & what would you do? Why do you drink alcohol? Indeed, you drink alcohol to get

high. A drug user uses drugs to get high. For some reason, people likes to use a foreign degenerative agent as a stimuli to alter their natural state of consciousness.

The common denominator is getting high—Some people likes to get high some of the time. Some people likes to get high all the time.

You cannot fight this **war** with hate in your heart if you wish to win. The forces of love will win this war, as we won in heaven. You can only have love in your heart if you wish to be of the forces of Love.

Most people are righteous. Compared to the small number of evil doers, the righteous people a Giant.

You must get out and make yourself known. Let your thoughts be **heard**. Let your feelings be felt. You can no longer say that you don't want to get involved. Everyone is involved; willingly, & unwillingly.

So let the sleeping Giant Awaken!
Let the sleeping Giant Awaken!!

Awaken!! Awaken!!! Awaken!!!!



94



From always; by way of my moving finger, I come unto you in the Name of GOD, bearing Light, to cast upon you & before you.
The Mighty warriors comes unto GOD as a baby. Completely dependent on GOD, having total Faith & belief in The Almighty
A baby is completely dependent on the parent, as all that is & were & is to come are indeed totally & completely dependent on GOD.
Understand this Truth & express great gratitude...
Lo & Behold the Baby



Shield of the Church:
"Saraphs Security
Forces of Love"
Isaiah 6:1-7



Shield of the Church:
"Seraphs Security
Forces of Love"
Isaiah 6:1-7

Curriculum





My mind to your mind; my thoughts to your thoughts; Spirit to Spirit & Soul to Soul... Grace be unto your GOD presence within, my Companions & Spiritual warriors of Love, marching through the Great Tribulation; which gives us spiritual growth by testing & which Strengthens our Spirit for the Apocalypse at Armageddon; which must precede the Reckoning moment of Absolute Retribution. Indeed: as the evil spirits were defeated in heaven by the holy servants made of light, led by michael, so shall the evil spirits be defeated on earth by the holy servants made of earth, led by Jesus. That old "snake in the grass" called satan is challenging the integrity of servants of GOD made of flesh & blood, so the evil spirits must be defeated by flesh & blood, led by flesh & blood. The last, decisive battle between the forces of Love & forces of evil shall be so intense, that the earth shall be pounded into powder & the heavens shall be rolled up like a scroll. Indeed: you can only hear my voice if your name is written in The Book of Life. Even so. A-men.

06/01/05

Infinity
peacemaker
Chairman of the Board

---

Sermon Approved by the Board of the Church in Ironwood State prison near Blythe, California in the wilderness of the Mojave Desert.



# LoveGives

A philanthropical constituent of **Defenders of the poor & downtrodden.**

— Architectonics Created & Approved by the Board —

**LoveGives** is a System based on philanthropy; established as a companion to Getting Over Drugs, in a Spiritual Campaign against drugs, through education & assistance with material necessities of life. Bearing in mind the fact that the most needful people are the most vulnerable.

The Spirit is Lavished upon the earth; freely giving life to all that live, to a degree & in degrees the allotted apportion to accomplish your purpose.

The greatest individuals are given the greatest apportion to individualize with your ownself character & a vision of the assigned Destiny.

Look into the eyes of our children & you will see a multitude upon multitudes upon multitudes of old Souls, whom has come to earth for the Great Gathering for the Apocalypse at Armageddon.

May 8, 2005



Great powers are given unto the children of these last days of the times of the end time. With these great powers, many of them are oppressing their mothers & fathers; & their school teachers; & our neighborhoods.

So let destiny take it's course & the prophecies come to pass. Even so.

Indeed: it has also been written that the Truth shall come from the mouths of children; the Truth is the Sword of Love & it is with the Truth that the children of Love shall conquer evil.

So let the prophecies be fulfilled;

Declaring the end from the beginning; the word of GOD is as a methodical wind, & it moves everywhere all throughout space, time & timelessness;

The word of GOD is as a methodical wind, & it moves everything, which is, & which were, & which is to come;

The word of GOD is alive, naturally manifesting into reality, with power to correct & administer;

The word of GOD is cosmic; governing the universe; vast & orderly, completely systematic, with Cosmic Laws, which are unstoppable;

The Word of GOD is Truth.

---



# NewShoesForSchool

NewShoesForSchool is an Entity created by LoveGives.

The purpose of NewShoesForSchool is to help our young Spiritual Warriors of Love (cosmic warriors) by providing them with the material necessities of life; the 1st basic necessity being NewShoesForSchool as determine & financed by Nic-ō-dē-mūs also Clarance DemetriusTate in captivity as a political prisoner in Ironwood State prison in the wilderness of the Mojave Desert near Blythe, California.

When this Entity become Financially strong enough; full services shall be provided, such as: food, clothes, help with rent at home, essential furniture, & appliances; if needed, a new place to live, with the help of GOD working through people who has it in their hearts to give. Please write NewShoesForSchool on your Donations to The Church of GOD The Omnipotent & Omniscient & Omnipresent LOVE.

NewShoesForSchool is the Dream of Nicodemus; the Architectonics are created & Approved by the Board may 8, 2005

Creation & purpose N.S.F.S.



## Curriculum:

Please take notice of the foregoing, & understand that the Curriculum for the spiritual warriors of Love is already written in their hearts by the hand of GOD; the Curriculum is the Word of GOD; which is Cosmic Law;

Accordingly; the young cosmic warriors need only to hear this message & understand it, & receive the 7 cosmic Laws that empower them in this old Spiritual war that began in heaven. Only Love can win.

1. I Am Love.
2. I Am A Beautiful & powerful Spirit. Humbleness Centers me.
3. I Am made of Love, By LOVE, For Love, To Love.
4. My Body Is Special, & I will Take care of It.
5. Drugs will Hurt & kill my Body, while making my Spirit Become mean & ugly.
6. I Don't need Drugs To Have Fun.
7. I Am Mighty. I Am A Mighty Spiritual warrior of Love, Engaged In A Spiritual Campaign Against Drugs, in this old Spiritual War that the devil started in heaven.

---

Curriculum Architectonics created & Appoved by the Board
may 8 2005



GETTING OVER DRUGS
G.O.D.
HELP ME
I AM YOU

7 Basic Rules of Conduct for Mighty Spiritual Warriors of Love:

#1. I will only take the drugs that my doctor or my parents tell me to take, when I am Sick.

#2. I will not take drugs for the fun of it, because the more I take drugs, the more my body will need them; this is called a drug habit, which makes me a drug addict.

#3. Most drug addicts were first given drugs for the fun of it, by their (so called) friends. I will give this warning.

#4. As I am empowered; I will empower all my friends & neighbors with this message; only if they want to hear it.

#5. I will not try to force this message on anyone; I will not quarrel or fight with anyone. I will **Humble my self.**

#6. The Truth that issues from my mouth as a great Sword, has the power to help everyone, who's names are written in the Book of Life. I will speak the Truth softly with gentle Lovingkindness, with a voice of many waters...

#7. As a mighty Spiritual Warrior of Love, I have the Authority to Recruit other Children by giving this message; if they will hear, understand & receive it, I will sign & give them the Certificate.

---

7 Basic Rules of Conduct Architectonics created & Approved by the Board. may 8. 2005



The 7 Thoughts:

Spiritual warriors of Love are also Cosmic warriors, because the Apocalypse at Armageddon shall involve all the heavens & all the earth.

1.st My Thought shall precede my action, as lightning does thunder.

2.nd I am the Sum of my Thoughts & my Deeds, & it is of such, that I shall be Judged.

3.rd I will become closer & closer to GOD by walking & talking with GOD in my Thoughts.

4.th All evil or bad Thoughts comes only from the devil, because evil Spirits has permission from GOD to sit on the seat of our Consciousness so they can whisper evil/bad ideas to us, especially when we are agitated, angry or ignorant.

5.th Always release your anger in a Controlled manner, to effect a positive result, in a humble manner.

6.th never act on anger. Talk about it with GOD; then talk to your parents or Sunday school teacher; & have a discussion with other Spiritual warriors of Love...

7.th Stay watchful for the Return of Jesus.

---

7 Thoughts Architectonics created & Approved by the Board May 8, 2005

# Certificate of a Spiritual Warrior of Love

____________________________ has Received the Truth; which is the Sword of Love & it shall issue from the mouth of this mighty Spiritual Warrior of Love for Righteousness sake, to Conquer evilness, as it was Conquered in heaven. Satan is capturing billions of lost souls by using drugs. We come to stop this Spiritual annihilation of humanity. Only Salvation saves from annihilation; accordingly, the campaign against drugs is Spiritual, & is initiated & the Great Schism is Abolished. Ä-mĕn.

____________________________

Signature of Recruit

____________________________

Signature of Teacher

The Church Of GOD The Omnipotent, &
Omniscient, & Omnipresent LOVE; The
Most High, Most Gracious, Most Merciful..
Most Forgiving: The Irresistible;
Creator, Cherisher, & Sustainer Of All The
Worlds; Alpha & Omega; The Best Protector,
& The Only Life-Giver, Master Of The
Day Of Judgement, The Supreme Judge: The
Almighty: The Most Beautiful Beauty Of
Beauty, Most Serene, Most Kind, Most Gentle, Most
Mysterious, Most Understanding, Most Worthy Of
All Praises & Glory, Most Unique, Most Awesome
Most Beneficent, Most Benevolent, Most Nurturing
Most Sacred Most Holy, Most Glorious, The
Best Provider; Oneness; One Truth; Of One
Reality; Of One LOVE; Of One SPIRIT; Of One GOD;
The Avenger, Destroyer, Healer,
Retribution, The Comforter, Lo... &
Behold! The Guiding Light





Declaration of ∞

Exhibit X to the power of ∞

∞

Infinity
CDCR# C27692 C3/203/Low
Ironwood State Prison (ISP)
19005 Wiley's Well Road
Blythe, CA 92226
Pro Se Litigant

Superior Court of California
County of Sacramento

| | |
|---|---|
| ∞ plaintiff, v G. Ahmed, S. Rossi, Deena C. Fawcett, Frank Temmerman, & Superior Court of California, County of Sacramento, Defendants, | Case # 07SC03120 Declaration of ∞ in Support of Allegation of Corrupted Old-Boyism Among Clerks |

I ∞ declare that I am the plaintiff in the above case, & a victim of discrimination. Court clerks' Old-boy network which is state-wide particularly Aggrieve me.

ii Old-boyism: support of or participation in an old-boy network: which is an exclusive network that links members of a profession, social class, or organization; a man/woman who is a member of a long-standing & influential clique in a professional, business, or social sphere.

iii This rogue court clerks' old-boy network fanatically follows the leadership of Ahmed beyond the pale of law, to the point of reversing the "Decree changing the name of Adult," by the U.S. Dist. Court for the Northern Dist. of Texas, 501 West 10th st., 310 Fort Worth, TX 76102-3673, on 4/29/1977.

iv please take judicial notice Exhibit X∞ where unknown clerk under the seal of "Judicial Council of California" & the Authority of the "Administrative Office of the Courts," in a concerted act of solidarity with this rogue court clerks' old-boy network addressed me as "Infinity (Frank Strong)," & construed my claim against the Super. Ct. of Sac. & Frank Temmerman, clerk; as a "letter" - admonishing me for writing. Dated July 11, 2007. But, the next page is proper response to my Claim Dated April 12, 2007 signed by Robert G. Retana. This Exhibit is a "Smoking Gun" showing a civil conspiracy against me by the clerks.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct.

7/11/07

∞

Infinity

# EXHIBIT X$^{\infty}$

Un-known Clark's Smoking Gun

Exhibit X to the power of ∞

Judicial Council of California
ADMINISTRATIVE OFFICE OF THE COURTS

455 Golden Gate Avenue • San Francisco, California 94102-3688
Telephone 415-865-4200 • Fax 415-865-4205 • TDD 415-865-4272

To: Infinity (Frank Strong)
CDCR #C27692 C3/203/Low
Ironwood State Prison
19005 Wiley's Well Road
Blythe, California 92226

From: Judicial Council of California, Administrative Office of the Courts
Office of the General Counsel

Date: July 11, 2007

Re: Letter addressed to the Judicial Council of California dated June 27, 2007

---

This is in response to your letter to the Judicial Council of California dated June 27, 2007. Because the Administrative Office of the Courts is the staff agency to the Judicial Council, your letter was directed to this office for response.

In your letter, you assert wrongful action by a clerk of the Superior Court of California, County of Sacramento. This office does not investigate complaints regarding court employees and does not review or intervene in pending cases in any court. You may contact the presiding judge of particular superior courts to submit complaints about court employees.

Please note that this memorandum is intended to be informational only, and is not intended to be legal advice nor to create an attorney-client relationship. This office is not authorized to represent nor give legal advice to members of the public.

Smoking Gun by un-known clark

G:\LGL_SVCS\LEGAL\AOW\AOW 2007\July\Infinity2299_07.11.doc

See next page

# Judicial Council of California

ADMINISTRATIVE OFFICE OF THE COURTS

OFFICE OF THE GENERAL COUNSEL

455 Golden Gate Avenue • San Francisco, California 94102-3688
Telephone 415-865-7446 • Fax 415-865-7664 • TDD 415-865-4272

RONALD M. GEORGE
*Chief Justice of California*
*Chair of the Judicial Council*

WILLIAM C. VICKREY
*Administrative Director of the Courts*

RONALD G. OVERHOLT
*Chief Deputy Director*

MARY M. ROBERTS
*General Counsel*

April 12, 2007

Infinity
CDCR # C27692
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92226

Dear Infinity:

Notice is hereby given that your claim against the Superior Court of California, County of Sacramento (the "Superior Court"), and a Superior Court Deputy Clerk, which was addressed to the Clerk of the Board of Supervisors, but mailed to the Superior Court on March 5, 2007, is rejected.

We are required by statute to include the following warning:

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Robert G. Retana
Attorney

RGR/cf

# Declaration of Service By Mail

case name: ∞ v. Ahmed, Rossi, Fawcett, Timmerman, Super. ct. of sac.

case #: 07SC03120

Name Document: Declaration of ∞ in Support of Allegation of Corrupted Old-Boyism Among Clarks

I am a spiritual warrior of Love; in political Bondage in the wilderness of the Mojave Desert, emprisoned at 19005 wiley's wall rd. I am 18 yrs. of age or older & a party to this matter I served the attached Documents by giving them to a prison guard on July 24, 2007

Superior Court of California, County of Sacramento, small claims Division 301 Bicentennial Circle, sacramento, CA. 95826-2701
Deena C. Fawcett, Clark/Administrator of the Court of Appeal 3rd Dist. 900 n street sacramento, CA. 95814-4869, Judicial Council of California, Administrative Office of the Courts, Office of the General counsel 455 Golden Gate Ave. San Francisco, CA 94102-3688 Attn: un-know clark

I declare under penalty of perjury under the laws of the U.S.A. the foraging is True & correct.

Date: 7/24/2007

∞

Infinity

The Church Of GOD The Omnipotent, &
Omniscient, & Omnipresent LOVE; The
Most High, Most Gracious, Most Merciful...
Most Forgiving: The Irrasistable;
Creator, Charisher, & Sustainer Of All The
Worlds; Alpha & Omega; The best Protector,
& The Only Life-Giver, Master Of The
Day Of Judgement, The Supreme Judge: The
Almighty: The Most Beautiful Beauty Of
Beauty, Most Serene, Most Kind, Most Gentle, Most
Mysterious, Most Understanding, Most Worthy Of
All Praises & Glory, Most Unique, Most Awesome
Most Beneficent, Most Benevolent, Most Nurturing
Most Sacred Most Holy, Most Glorious, The
Best Provider; Oneness; One Truth; Of One
Reality; Of One LOVE; Of One SPIRIT; Of One GOD;
The Avenger, Destroyer, Healer,
Retribution, The Comforter, Lo... &
Behold! The Guiding Light

## Proof of Service





SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
720 NINTH STREET
SACRAMENTO, CALIFORNIA 95814

FRANK J STONG AKA INFINITY C-27692
IRONWOOD STATE PRISON
P.O. BOX 2199
BLYTHE, CA 92226

C3-2032 CONFIDENTIAL

92226+2199

One of two letter from Ahmed, Clark, under the seal & Authority of the Super. ct. of Cal.
All the other clerks mentioned Blindly follows Ahmed. Denying me my name shows Religious Extremism!!!

Exhibit X to the power of ∞

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO

| | | | |
|---|---|---|---|
| DATE & TIME | : December 6, 2006@ 4 p.m. | DEPT. NO. | : 24 |
| JUDGE | : Michael W. Sweet | CLERK | : S. Rossi |
| REPORTER | : Not Reported | BAILIFF | : M. Kaut |

In re: Frank James Strong (aka "Infinity") 06F10367

Petition for Writ of Habeas Corpus

NATURE OF PROCEEDINGS: PETITION FOR WRIT OF HABEAS CORPUS- ORDER

The petition for writ of habeas corpus has been filed and considered.

IT IS ORDERED that the petition for writ of habeas corpus is DENIED.

Petitioner contends that Kevin Shelley, the Secretary of the State of California, is sabotaging his church, "The Church of God: The Omnipotent and Omniscient and Omnipresent Love." Specifically, he is upset that Kevin Shelley's office has stopped responding to his communications about renewing his articles or incorporation for the church.

Habeas relief is available only to a person who is "unlawfully imprisoned or restrained of his liberty, under any pretense whatever . . . to inquire into the cause of such imprisonment or restraint" (Pen. Code, § 1473(a)).

This petition does not raise any allegations of unlawful imprisonment or restraint of petitioner's liberty and is denied on that basis.

DATED: DEC - 7 2006

MICHAEL W. SWEET
JUDGE

SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO

BOOK :
PAGE :
DATE :
CASE NO. : 06F10367
CASE TITLE : FRANK JAMES STONG AKA "INFINITY"
DISTRIB. :

SACRAMENTO SUPERIOR COURT

BY________________Deputy
S. ROSSI

ALK:kmb

COURT OF APPEAL, THIRD APPELLATE DISTRICT

3 Criminal C054344

INFINITY,
☐ Petitioner,
v.
THE SUPERIOR COURT OF SACRAMENTO COUNTY,
☐ Respondent;
THE PEOPLE,
☐ Real Party in Interest.

Sacramento County Superior 06F10367
Judge:
Nature of Action: Other mandt & prohib petitions

ATTORNEY - LITIGANTS

Frank J. Strong
C-27692
Ironwood State Prison
P.O.Box 2129
Blythe, CA 92226

Petitioner — Frank J. Strong

Office of the State Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Real party in interest — The People

DOCKET EVENTS

| | | |
|---|---|---|
| 12/11/06 | Filed petition for writ of: mandamus. (ns) | DAW |

END DOCKET INFORMATION

**CERTIFICATE OF SERVICE BY MAILING**
**(C.C.P. Sec. 1013a(4))**

I, the undersigned deputy clerk of the Superior Court of California, County of Sacramento, do declare under penalty of perjury that I did this date place a copy of the Court's Ruling on Submitted Matter in envelopes addressed to each of the parties, or their counsel of record as stated below, with sufficient postage affixed thereto and deposited the same in the United States Post Office at Sacramento, California.

**FRANK J. STRONG (aka 'INFINITY')**
**C27692**
**IRONWOOD STATE PRISON**
**19005 WILEY'S WELL ROAD**
**BLYTHE, CA 92226**

Dated: February 26, 2007

Superior Court of California,
County of Sacramento

By: [signature]
Frank Temmerman,
Deputy Clerk

BOOK : 20
DATE : FEBRUARY 26, 2007
CASE NO. : 07CS00046
CASE TITLE : INFINITY v. SHELLEY

Superior Court of California,
County of Sacramento

BY: F. TEMMERMAN,
Deputy Clerk

Service Copy to Ahmad, Clerk

∞

Infinity
CDCR# C27692 C3/203/Low
Ironwood State Prison (ISP)
19005 Wiley's Well Road
Blythe, CA 92226
Pro Se & In Forma Pauperis

FILED/ENDORSED
JUL - 9 2007
BY ______ DEPUTY CLERK

Superior Court of California
County of Sacramento
Small Claims

| | |
|---|---|
| ∞<br>plaintiff,<br>v.<br>G. Ahmad, et al.,<br>Defendants. | Case# 07SC03120<br>Motion to Discover, pursuant to CCP § 2030 [Number of Interrogatories are Ten] |

Comes now Infinity bearing Ten interrogatories for G. Ahmad to answer under oath.

#1. Why did you address me as Frank J. Strong aka Infinity in my petition for writ of Habeas Corpus & U.S. mail?

#2. Why did F. Temmerman, clerk; S. Rossi, clerk; & Deena C. Fawcett, clerk of the court of Appeal, especially after addressing me respectfully as Infinity in all other cases, follow your lead denying me my legal name?

#3. Does the superior court of Sacramento give this power to the clerks?

#4. Are you a RACIST?

#5. Are you a HOME-GROWN/SLEEPER TERRORIST?

#6. Are you a Muslim?

#7. Are your co-defendants TERRORIST SYMPATHIZERS?

#8. why do they follow you so BLINDly?

#9. Does the Superior Court of Sacramento & the Court of Appeals Support you & your co-defendants RACIST actions against my name?

#10. Are planing TERRORIST ATTACKS PART of your MISSION?

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true & Correct.

Date______

G. Ahmed

June 26, 2007

∞ Infinity

Ten Interrogatries for Ahmed

# Declaration of Service By Mail

Case name: ∞ v. Ahmad, et al.

Case #: 07SC03120

Name Document: Ten Interrogatories

I am a spiritual warrior of Love; in political Bondage in the wilderness of the Mojave Desert, emprisoned at 19005 wiley's well rd. I am 18 yrs. of age or older & a party to this matter I served the attached Documents by giving them to a prison guard on June 26 2007

G. Ahmad, Clerk
Superior Court of California County of Sacramento
Small Claims Unit 301 Bicentennial Circle, Room 300
Sacramento CA 95826-2701

I declare under penalty of perjury under the laws of the U.S.A. the foregoing is True & correct.

Date: 6/26/07

∞

Infinity

Proof of Service

# Declaration of Service By Mail

case name: ∞ v. Supreme Court of California, et al.

case #:

Name Document: petition for writ of Mandamus

I am a spiritual warrior of Love; in political Bondage in the wilderness of the Mojave Desert, emprisoned at 19005 wiley's wall rd. I am 18 yrs. of age or older & not a party to this matter I served the attached Documents by giving them to a prison guard on 7/31/07

U.S. District Court, Office of the clerk, Northern Dist. of CA. 450 Golden Gate Ave., San Francisco, CA 94102 / Supreme ct. of CA, George, Chief Justice & Frederick K. Ohirich Clerk 350 McAllister St. S.F. CA. 94102 / Judicial Council of CA. Administrative office of the cts. R.M. George, chief justice of CA chair of the judicial Council; W.C. Vickrey, Administrative Director of the cts.; R.G. Overholt, chief Deputy Director; M.M. Roberts, General Counsel; R.G. Retana Attorney; & the un-known clerk. 455 Golden Gate Ave., S.F. CA. 94102-3688

I declare under penalty of perjury under the laws of the U.S.A. the foregoing is True & correct.

Date: 7/3/07

[signature]

C. D. Tate

The Church Of GOD The Omnipotent, & Omniscient, & Omnipresent LOVE; The Most High, Most Gracious, Most Merciful... Most Forgiving: The Irresistible; Creator, Cherisher, & Sustainer Of All The Worlds; Alpha & Omega; The Best Protector, & The Only Life-Giver, Master Of The Day Of Judgement, The Supreme Judge: The Almighty: The Most Beautiful Beauty Of Beauty, Most Serene, Most Kind, Most Gentle, Most Mysterious, Most Understanding, Most Worthy Of All Praises & Glory, Most Unique, Most Awesome Most Beneficent, Most Benevolent, Most Nurturing Most Sacred Most Holy, Most Glorious, The Best Provider; Oneness; One Truth; Of One Reality: Of One LOVE; Of One SPIRIT; Of One GOD: The Avenger, Destroyer, Healer, Retribution, The Comforter, Lo... & Behold! The Guiding Light

Proof of Service

Mailing List:

Office of the Clerk, U.S. District Court
northern District of California
450 Golden Gate Ave., San Francisco, CA 94102

Supreme court of California, George, Chief Justice &
Frederick K. Ohirich, clerk
350 McAllister St., San Francisco, CA 94102

Judicial council of California, Administrative Office
of the Courts, R.M. George, Chief Justice of
California Chair of the Judicial Council;
W.C. Vickrey, Administrative Director of the Courts;
R.G. Overholt, Chief Deputy Director;
M.M. Roberts, General Council; R.G. Ratana,
attorney; & the un-known clerk
455 Golden Gate Ave., San Francisco, CA 94102