Clerks Office, Richard W. Wieking
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

Attn: Clerk; this is #1 of 3
Envelopes

RECEIVED
SEP 17 2007

∞ Infinity
CDCR #C27692 C3/203/Low
Ironwood State Prison
19005 Wileys well Road
P.O. Box 2199
Blythe, CA 92226

Clerks Office, Richard W. Wieking
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

Attn: Clerk, this is #2. of 3.
Envelopes

Infinity
CDCR # C27692 C3/203/Low
Ironwood State Prison
19005 Wiley's Well Road
P.O. Box 2199
Blythe, CA 92226

RECEIVED
SEP 17 2007

∞
Infinity
CDCR # C27692 C3/203/Low
Ironwood State Prison
19005 Wileys Well Road
P.O. Box 2199
Blythe, CA 92226

Clerks Office, Richard W Wieking
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

Attn: Clerk, this is #3 of 3 Envelopes