∞

1  Infinity
2  CDCR # C27692
3  Ironwood State Prison (ISP)
4  19005 Wiley's Well Road
5  Blythe, CA 92226
6  Pro Se & In Forma Pauperis

FILED
07 SEP 18 PH 3:05
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

∞                           ) CASE NO. C 07 4803 CW
     Plaintiff,             )
vs.                         ) PRISONER'S
                            ) APPLICATION TO PROCEED
Richard W. Wieking, Et Al., ) IN FORMA PAUPERIS
     Defendants.            )
                            )           (PR)

I, Infinity, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✔ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ∅                              Net: ∅

Employer: Warden of Ironwood State Prison
19005 Wiley's Well Road, Blythe, CA 92226

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ ___∅___ Utilities: ___∅___

Food: $ ___∅___ Clothing: ___∅___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____
4 | _____

5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ✓   No ___
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | ∞ v. Ahmed, et al., Superior court of Cal. small claims
10 | Sacramento, CA 95814  Case # 07SC03120

11 |       I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |       I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15 |
16 | 09/04/07                              ∞
17 |    DATE                       SIGNATURE OF APPLICANT

# Memorandum

Case Number: _____

# C 07 4803

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

CW

(PR)

I certify that the attached hereto is a true and correct copy of

The prisoner's trust account statement showing transactions of

<u>INFINITY - C27692</u>_____ for the last six months at
(Prisoner name)

<u>Ironwood State Prison</u>  where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this

Prisoner's account for the most recent 6-mouth were $ __.00__ and

The average balance in the prisoner's account each month for the most

recent 6-month period was $ __.00__.

Dated: 9/12/07            M E Daniel  AWBS
                          (Authorized Officer of the Institution)

```
            CALIFORNIA DEPARTMENT OF CORRECTIONS
                    IRONWOOD STATE PRISON
                INMATE TRUST ACCOUNTING SYSTEM
                 INMATE TRUST ACCOUNT STATEMENT

         FOR THE PERIOD: APR. 01, 2007 THRU SEP. 12, 2007

ACCOUNT NUMBER : C27692           BED/CELL NUMBER: CFB300000000208
ACCOUNT NAME   : INFINITY,        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                       TRUST ACCOUNT ACTIVITY

 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                       CURRENT HOLDS IN EFFECT
  DATE     HOLD
 PLACED    CODE     DESCRIPTION          COMMENT      HOLD AMOUNT
 ------    ----     -----------          -------      -----------
08/02/2007 H110   COPIES HOLD           0524/COPY          0.80
08/02/2007 H107   POSTAGE HOLD          0528/POST          5.05
08/02/2007 H107   POSTAGE HOLD          0528/POST          5.05
08/02/2007 H107   POSTAGE HOLD          0528/POST          2.67
08/02/2007 H107   POSTAGE HOLD          0528/POST          5.05
08/02/2007 H107   POSTAGE HOLD          0528/POST          1.48
08/02/2007 H107   POSTAGE HOLD          0528/POST          1.48
08/02/2007 H107   POSTAGE HOLD          0554/POST          1.14
08/02/2007 H107   POSTAGE HOLD          0554/POST          1.82
08/02/2007 H107   POSTAGE HOLD          0554/POST          1.82
08/09/2007 H107   POSTAGE HOLD          0671/POST          1.99
08/14/2007 H107   POSTAGE HOLD          0751//POST         5.60
08/14/2007 H107   POSTAGE HOLD          0751//POST         1.65
08/14/2007 H107   POSTAGE HOLD          0751//POST         1.31
08/20/2007 H110   COPIES HOLD           0848//COPY         2.30
08/20/2007 H110   COPIES HOLD           0848//COPY         1.00
08/23/2007 H110   COPIES HOLD           0928/COPY          4.40
08/23/2007 H110   COPIES HOLD           0928/COPY          1.10
08/23/2007 H118   LEGAL COPIES HOLD     0928/LCOPY        13.70
08/27/2007 H107   POSTAGE HOLD          0989/POST          1.14
08/27/2007 H107   POSTAGE HOLD          0989/POST          1.31
08/27/2007 H107   POSTAGE HOLD          0989//POST         1.99
08/27/2007 H107   POSTAGE HOLD          0989//POST         1.14
08/30/2007 H107   POSTAGE HOLD          1029//POST         1.31
08/30/2007 H107   POSTAGE HOLD          1029//POST         1.31
08/30/2007 H107   POSTAGE HOLD          1029//POST         1.31
08/30/2007 H107   POSTAGE HOLD          1029//POST         2.33
08/30/2007 H118   LEGAL COPIES HOLD     1029/LCOPY        13.90
08/30/2007 H118   LEGAL COPIES HOLD     1029/LCOPY         2.40
09/10/2007 H110   COPIES HOLD           1198//COPY         1.00
09/10/2007 H118   LEGAL COPIES HOLD     1198/LCOPY         4.80
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU SEP. 12, 2007

ACCT: C27692        ACCT NAME: INFINITY,              ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 93.35 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
93.35-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY_____
TRUST OFFICE

# Memorandum

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

THE COURT CAN ONLY RECEIVE COMMUNICATIONS FROM AN ATTORNEY OR AN UNREPRESENTED PARTY BY A PLEADING FILED IN THE ACTION OR BY STATEMENTS IN COURT AT A NOTICED HEARING

I certify that the attached hereto is a true and correct copy of

The prisoner's trust account statement showing transactions of

**INFINITY**_____ for the last six months at
(Prisoner name)

**Ironwood State Prison**  where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this

Prisoner's account for the most recent 6-mouth were $__**00.00**__ and

The average balance in the prisoner's account each month for the most

recent 6-month period was $__**00.00**__.

Dated: _07-23-07_____        _____
                              (Authorized Officer of the Institution)

```
REPORT ID: TS3030                                          REPORT DATE: 07/23/07
                                                           PAGE NO:

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                               IRONWOOD STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2007 THRU JUL. 23, 2007

ACCOUNT NUMBER : C27692                 BED/CELL NUMBER: CFB300000000203L
ACCOUNT NAME   : INFINITY,              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
  DATE        HOLD
  PLACED      CODE        DESCRIPTION          COMMENT        HOLD AMOUNT
  ---------   ----   --------------------   --------------    -----------
  05/30/2007  H110   COPIES HOLD            5451/COPY              6.10
  06/13/2007  H110   COPIES HOLD            5748/COPY              2.80
  06/29/2007  H107   POSTAGE HOLD           6039/POST              1.14
  06/29/2007  H107   POSTAGE HOLD           6039/POST              0.97
  06/29/2007  H107   POSTAGE HOLD           6039/POST              1.14
  06/29/2007  H107   POSTAGE HOLD           6039/POST              0.97
  06/29/2007  H107   POSTAGE HOLD           6039/POST              0.87
  06/29/2007  H107   POSTAGE HOLD           6039/POST              0.97
  06/29/2007  H107   POSTAGE HOLD           6039/POST              0.97
  07/09/2007  H107   POSTAGE HOLD           0119/POST              0.97
  07/09/2007  H107   POSTAGE HOLD           0119/POST              0.97
  07/09/2007  H107   POSTAGE HOLD           0119/POST              5.05
  07/09/2007  H107   POSTAGE HOLD           0119/POST              1.14
  07/09/2007  H107   POSTAGE HOLD           0119/POST              4.60
  07/09/2007  H107   POSTAGE HOLD           0119/POST              0.97
  07/10/2007  H110   COPIES HOLD            0141/COPY              3.10
  07/10/2007  H110   COPIES HOLD            0141/COPY              6.80
  07/10/2007  H118   LEGAL COPIES HOLD      0141/LCOPY            11.70
  07/10/2007  H118   LEGAL COPIES HOLD      0141/LCOPY             1.20
  07/10/2007  H118   LEGAL COPIES HOLD      0141/LCOPY             1.20
  07/12/2007  H107   POSTAGE HOLD           0189/POST              1.82
  07/12/2007  H107   POSTAGE HOLD           0189/POST              1.14
  07/12/2007  H107   POSTAGE HOLD           0189/POST              5.30
  07/12/2007  H107   POSTAGE HOLD           0189/POST              1.82
  07/12/2007  H110   COPIES HOLD            0189/COPY              4.20
  07/12/2007  H118   LEGAL COPIES HOLD      0189/LCOPY            22.80
  07/12/2007  H118   LEGAL COPIES HOLD      0189/LCOPY             9.60
  07/12/2007  H118   LEGAL COPIES HOLD      0189/LCOPY             9.60
  07/12/2007  H118   LEGAL COPIES HOLD      0189/LCOPY             5.40
  07/17/2007  H107   POSTAGE HOLD           0264/POST              5.30
  07/17/2007  H107   POSTAGE HOLD           0264/POST              5.05
  07/17/2007  H118   LEGAL COPIES HOLD      0264/LCOPY            15.20
  07/18/2007  H118   LEGAL COPIES HOLD      0303/LCOPY            37.50
  07/18/2007  H118   LEGAL COPIES HOLD      0303/LCOPY            15.60
  07/23/2007  H107   POSTAGE HOLD           0360/POST              0.97
  07/23/2007  H107   POSTAGE HOLD           0360/POST              1.14
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU JUL. 23, 2007

ACCT: C27692        ACCT NAME: INFINITY,              ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 196.07 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------
196.07-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                       IRONWOOD S. PRISON
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: NOV. 01, 2006 THRU MAY 25, 2007

ACCOUNT NUMBER : C27692              BED/CELL NUMBER: CFB300000000203L
ACCOUNT NAME   : INFINITY,                ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT
     DATE       HOLD
    PLACED      CODE    DESCRIPTION          COMMENT      HOLD AMOUNT
    ----------  ----    -----------------    -----------  -----------
    04/30/2007  H110    COPIES HOLD          5021/COPY         2.10
    04/30/2007  H110    COPIES HOLD          5021/COPY         1.10
    04/30/2007  H110    COPIES HOLD          5021/COPY         4.80
    05/08/2007  H107    POSTAGE HOLD         5163/POST         3.03
    05/08/2007  H109    LEGAL POSTAGE HOLD   5163/LPOST        4.80
    05/08/2007  H118    LEGAL COPIES HOLD    5163/LCOPY       37.20
    05/08/2007  H118    LEGAL COPIES HOLD    5163/LCOPY        2.20
    05/08/2007  H118    LEGAL COPIES HOLD    5163/LCOPY        4.90
    05/09/2007  H110    COPIES HOLD          5186/COPY         2.70
    05/09/2007  H118    LEGAL COPIES HOLD    5186/COPY        46.70
    05/09/2007  H118    LEGAL COPIES HOLD    5186/COPY         4.40
    05/11/2007  H107    POSTAGE HOLD         5234/POST         5.00
    05/11/2007  H107    POSTAGE HOLD         5234/POST         1.11
    05/17/2007  H107    POSTAGE HOLD         5315/POST         1.31
    05/17/2007  H107    POSTAGE HOLD         5315/POST         5.00
    05/17/2007  H107    POSTAGE HOLD         5315/POST         4.05
    05/17/2007  H107    POSTAGE HOLD         5315/POST         0.87
    05/17/2007  H107    POSTAGE HOLD         5315/POST         1.20
    05/17/2007  H109    LEGAL POSTAGE HOLD   5315/LPOST        6.00
    05/17/2007  H109    LEGAL POSTAGE HOLD   5315/LPOST        0.80
    05/17/2007  H110    COPIES HOLD          5315/LCOPY        1.40
    05/25/2007  H109    LEGAL POSTAGE HOLD   5405/LPOST        1.82
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        1.99
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        4.60
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        7.70
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        2.67
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        1.99
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        4.60
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        5.05
    05/25/2007  H107    POSTAGE HOLD         5405/ POST        1.14
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. LiRyan
ATTEST: 5/25/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
    TRUST CLERK