<div style="text-align: left; font-weight: bold;">United States District Court<br/>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY, | No. C 07-4022 CW(PR) |
|     Plaintiff, | |
|   v. | |
| SUPREME COURT OF CALIFORNIA, et al., | |
|     Defendants. | |
| _____ | |
| INFINITY, | No. C 07-4803 CW(PR) |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| RICHARD W. WIEKING, et al., | |
|     Defendants. | |
| _____/ | |

    For the reasons set forth in this Court's Order of Dismissal,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the actions are dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    Dated at Oakland, California, this day of 15th, January 2008.

                                RICHARD W. WIEKING
                                Clerk of Court

                     By: _____
                                SHEILAH CAHILL
                                Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

INFINITY,

          Plaintiff,

  v.

RICHARD W. WIEKING et al,

          Defendant.

Case Number: CV07-04803 CW
CV07-04022 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Infinity C27692
Ironwood State Prison
C3-203-Low
19005 Wiley's Well Road
Blythe, CA 92226

Dated: January 15, 2008

          Richard W. Wieking, Clerk
          By: Sheilah Cahill, Deputy Clerk